

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Leonard K Baylis  100231
(Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center,
(Complete Address with zip code)
Smyrna, Delaware 19977

(2) _____
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06-11

(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) MR. Stan Taylor et al
(2) MR. Thomas Carroll et al
(3) Chris Malaney et al
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

✓ Jury Trial Requested

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ・・No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ・・No

C. If your answer to "B" is Yes:

1. What steps did you take? GRIEVANCES / letters & verbal Requests

2. What was the result? No Resolution

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: MR. STAN TAYLOR et al
Employed as COMMISSIONER at Department of Corrections
Mailing address with zip code: 245 McKgee Drive Dover Delaware 19901

(2) Name of second defendant: MR. Thomas Carroll et al
Employed as Warden at Delaware Correctional Cntr.
Mailing address with zip code: 1181 Paddock Road Smyrna, Delaware 19977

(3) Name of third defendant: Chris Malaney et al
Employed as Supervisor at Correctional Medical Systems
Mailing address with zip code: 1181 Paddock Road Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I have mental health problems and have been under treatment for years. Since 12 Nov. 05, I have not been able to get the proper mental health medications and the proper mental health therapy (please see addendum)

2. Mr. Stan Taylor; Dept of Corrections; Mr Thomas Carroll: Warden, Delaware Correctional Center And Chris Malaney: Correctional Medical Systems, by virtue of their failure to provide access to adequate medical staff, treatment and medications — and Dental treatment —

3. And Failure to provide housing/environment sufficient to guard against mental health deterioration constitute punishment disproportunate to the severity of the crime.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To Receive all medications prescribed and or which are effective vis a vis my mental health problems; To be housed in an area where professional mental health therapy is available on a regular basis;

3

2. to be protected from an environment where psychological deterioration is probable and self improvement unlikely; If The Department of Corrections does not have the proper staff and facilities to offer real and

3. actual treatment, to be transferred to a facility where professional treatment is available; To receive proper Dental treatment; The Cost of this Filing And $1,500 punitive damage

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  2ND  day of  January , 2006.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Statement of Claims
Addendum

I have mental health problems: Seizure/Fugue State, Adult ADD and chronic depression. I had been receiving treatment and medication prior to my being transferred, on 17 Nov. 05 from the Howard Young Correctional Facility in Wilmington, De. to the Delaware Correctional Center in Smyrna, De. I had also been receiving treatment in the community, at Hope Ridge Human Services in Winston-Salem, North Carolina and other.

Upon arrival at the Delaware Correctional Center, my medical records did not follow. After a time, some medications were administered, albeit haphazardly, at the wrong times and sometimes in the wrong amount.

One of my medications, which works in synergy with the other medications, was ordered by the psychiatrist, but has not been administered by Correctional Medical Systems.

To clarify one aspect of my mental health problem, I have difficulty in situations or environments where outside activities or stimuli exceed my limited threshold for interpretation. My neural system becomes overloaded, I have problems concentrating, I become confused, dissociated; my memory is effected, sometimes I go into seizure or fugue state. This, in turn, effects my ability to function — sometimes I get "lost".

I arrived here in Delaware, from North Carolina, without much memory of it.

With the proper medications I can function okay; but still, in certain situations/environments where there is too much confusion, activity, noise, etc — of a type which may seem normal to others — I suffer episodes of deabilitation. I have, thus far, received one write up for being "off limits" trying to communicate when I was having a problem.

I am housed in an environment that is diversely loud and confrontational — an

III

environment which is proving to contribute to my psychological deterioration. Sometimes I cannot think, read or write. I forget where I am. Without proper medication, it is worse. Sometimes I get strange and ominous feelings, like I am about to fall off the edge of something and I don't know what I will do. It is hard to explain. Often it is all I can do to hold it together. I have asked to seen by Mental Health Unit, but there is no reply re therapy.

As part of my mental illness I lose things. Some time ago I lost my dentures and I have problems eating — this leads to stomach problems. Since March 05, I have been requesting dental treatment. However, any real dental treatment is not accomplished.

Signed this date: 2 January 06

Leonard Bayli

I/M Leonard Baylis
SBI# 100231   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk: U.S. District
Lockbox 18
844 N. King St.
Wilmington Delaware
19801