Clerk of the Court
United States District Court
District of Delaware

Leonard Baylis 100231
Delaware Correctional Center
Smyrna, Delaware
19977

3. January 06

06-11

Dear Clerk of Court:

Please find enclosed 5 copies of Civil Rights Complaint regarding Mental Health Treatment.

Long before I signed this complaint, I requested business office, here at the prison, for a copy of account balance. Receiving no reply in a reasonable time, I inquired again — still no reply.

Considering the emergency nature of this complaint; and considering how, regardless of the many many verbal requests, written complaints, grievances I have forwarded about this issue, without there being even a minimal response or move to correct... And considering how my ability to concentrate and sort things out is becoming less and less and how sometimes I am not able to do normal things, to where I fear long-term incapacitation if treatment is not administered soon — I submit to the Court a

balance Sheet Received From Gander Hill prison earlier in the year.

I swear under the penality of perjury that I have not, as of this date, Received Any Funds Since then And my Account balance Remains At .00.

Should the business office Here At The Delaware Correctional Center provide, At last, A Copy of Account balance, I will Forward immediately.

Respectfully

Leonard Baylis

Leonard Baylis 100231
Delaware Correctional Center
Smyrna Delaware 19977