Clerk of The Court
United States District Court
District of Delaware
Wilmington, Delaware 19801

4 January 06

Dear Clerk of Court:

Please find enclosed balance sheet regarding Civil Rights Complaint / Forma Pauperis Application Dated 2 January 06, Re:

Mr. Stan Taylor, etal – Commissioner of Corrections
Mr Thomas Carrol, etal – Warden D.C.C.
Chris Malaney – Correctional Medical Systems etal

Thank you for your patience

Leonard Baylis
Leonard K Baylis 100231
Delaware Correctional Center
Smyrna, Delaware 19977

RECEIVED
JAN - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE