# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *Leonard Baylis* SBI#: *100231*

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: *December 29, 2005*

---

Attached are copies of your inmate account statement for the months of *June 1, 2005* to *November 30, 2005*

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | 0 |
| July | 0 |
| Aug | 0 |
| Sept | 0 |
| Oct | 0 |
| Nov | 0 |

Average daily balances/6 months: 0

Attachments
CC: File

*Stacy Shane*
12/29/05

*Neil L.*
Notary public
12/30/05



IM Leonard Baylis
SB1# 100131   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Indigent

U.S.M.S.
X-RAY

Clerk of The Court:
U.S. District Court Lockbox 18
844 N. King St.
Wilmington, Delaware
19801