**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 87.1 |
| Certified Fee | 2.40 |
| Return Reciept Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.12  5.36 |

Civ. No. 06-11-SLR

Sent To: Warden Tom Carroll, DCC
Street, Apt. No.; or PO Box No.: 1181 Paddock Rd
City, State, ZIP+4: Smyrna, DE 19977

7002 2030 0003 0326 5276

PS Form 3800, June 2002      See Reverse for Instructions