

## United States District Court

### For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 06-11 SLR

Attached below is a return receipt card reflecting proof of service
upon the named party on the date show.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kzld. Biggs-Burge_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*)  C. Date of Delivery 1/10 |
| 1. Article Addressed to:<br><br>Commissioner Stan Taylor<br>Department of Corrections<br>245 Mckee Road<br>Dover, DE 19904 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>if YES, enter delivery address below: |
|  | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | |

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081