Clerk of The Court
United States District Court

Leonard Baylis 100231
D.C.C. 1181 Paddock Rd.
Smyrna, De 19977

11 January 06
Re: 06-11-SLR



FILED
JAN 1 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of Court:

Please find enclosed motion for Appointment of Counsel, with enclosure.

Being in Receipt of Court's Jan 6 order Re the Above Matter, And in Consideration of the Jan 20 deadline for defendants Response, I fear A hasty And un thorough Response.

I Assert that the court would benefit from more detailed information that May Not be Readily Forthcoming from Correctian's sources only. Consider: there are three different Psychiatrists who have worked with me; with one, whom I have only spoke with briefly, that has decided to interrupt my treatment. (this since I have been incarcerated)

For this And other Reasons, And the Mental suffering which is unabated since treatment has been interrupted, I submit the following motion.

Leonard Baylis