# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

PLAINTIFF, Leonard K Baylis )
                              )
                              ) CIVIL ACTION NO. 06-11-SLR
        v.                    )
                              )
DEFENDANTS Stan Taylor et al )

JAN 17 2006

## MOTION FOR APPOINTMENT OF COUNSEL

BD scanned

COMES NOW, THE Plaintiff, Leonard Baylis, Pro-Se and moves this Honorable Court for Appointment of Counsel, to represent Plaintiff.

In support of this Motion Plaintiff states that the following is true and correct, to the best of his knowledge and belief:
1. Plaintiff is incarcerated.
2. Plaintiff is unskilled in the law.
3. The administration at the Delaware Correctional Center where the Plaintiff is held limits the days and times that Plaintiff is allowed access to the law library.
4. Knowing that there will be testimony from witnesses, and expert testimony, which will put the Pro-Se Litigant at a considerable disadvantage.
5. Appointment of Counsel would serve "the best interests of justice" in this case.
6. Please See Attached

WHEREFORE, Plaintiff prays this Honorable Court appoint counsel to represent the Plaintiff.

DATE: 11 January 06

Leonard K Baylis

Delaware Correctional Center
Smyrna, DE 19977

Re: 06-11-SLR

1

For these additional Reasons, I Leonard Baylis, Respectfully Request Appointment of Counsel:

Because of my mental health problems I have trouble expressing what I believe needs to be expressed. I get frustrated and mixed up. I forget important issues because of distractions and emotions. Sometimes I lose my temper, my hands and arms swing out of control and I defeat myself.

An Attorney is needed to gain access to witnesses and Correctional Medical Systems (C.M.S.) Records that show actual treatment accomplished vs. what is inflated, changed or covered up, in this case; that shows C.M.S. and the Department of Corrections in a favorable light, Regardless of reality;

To properly apply this case in the light of present medical and mental health mandates as established in Tillery vs. Owens, 719 F Supp 1256 (upheld, 3rd Circuit; 907 F 2d 418)

An Attorney is needed to make provisions for an unbiased, independent examination, to be accomplished outside the auspices of Correctional Medical Systems and the Dept. of Corrections — This done on an emergency basis, with relevant treatment, medication and housing as recommended. Movant has a rare configuration of disorders — outside the present "Abilities" of Correctional Medical System and The Dept/dmnt of Corrections — And must be treated synergistically. Failing this, Movant's condition can only be compounded, and punishment carried further than is humane

Re: 06-11-SLR

II

An Attorney is needed to make provisions for an unbiased, independent examination, to be accomplished outside the auspices of Correctional Medical Systems and the Department of Corrections. This done on an emergency basis, with relevant treatment, medication, and housing as recommended. Movant has a rare combination of disorders — outside the present "abilities" of Correctional Medical Systems and the Department of Corrections — and must be treated synergistically. Failing this, Movant's condition can only be compounded, and punishment carried further than is humane.

Respectfully Submitted, 11 Jan 06

*Leonard Baylis*

Leonard Baylis

I/M Leonard Baylis
SBI# 100231   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Indigent

Clerk of The Court
U.S. District Court District of Delaware
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570