IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEONARD K. BAYLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-11-SLR |
| | ) |
| STAN TAYLOR, THOMAS CARROLL, | ) |
| and CHRIS MALANEY, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

FILED
JAN 1 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Leonard K. Baylis, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _13 January_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _16 January_, 2006.

_Leonard K Baylis_
Signature of Plaintiff

IM Leonard Bayliss
SBI# 100231  UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Indigent

Clerk of the Court
U.S. District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570