# EXHIBITS A-H

# UNDER SEAL