IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEONARD K. BAYLIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C. A. No. 06-11-SLR |
| STANLEY TAYLOR, et al., ) | |
| ) | |
| Defendants. ) | |

### STATE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EMERGENCY INJUNCTIVE RELIEF

Defendants Stanley Taylor and Thomas Carroll ("State Defendants") respond to Plaintiff Leonard Baylis' Motion for Emergency Injunctive Relief, [D.I. 3], and to this Court's Order of January 9, 2006, [D.I. 4], by adopting herein by reference Defendants Chris Malaney and Correctional Medical Services' Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Motion for Emergency Injunctive Relief.[1]  [D.I. 18].

WHEREFORE, Defendants Stanley Taylor and Thomas Carroll respectfully request that this Court deny Plaintiff's Motion for Emergency Injunctive Relief and enter an Order in the form attached hereto.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Deputy Attorney General
Carvel State Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for State Defendants

Dated: January 20, 2006

---

[1] At this time, State Defendants do not adopt Chris Malaney and Correctional Medical Services' Motion to Dismiss the Complaint.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LEONARD K. BAYLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-11-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS SO ORDERED,** this _____ day of _____, _____, that

Plaintiff Leonard Baylis' Motion for Emergency Injunctive Relief is hereby **DENIED.**

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2006, I electronically filed *State Defendants' Response to Plaintiff's Motion for Emergency Injunctive Relief* with the Clerk of Court using CM/ECF. I hereby certify that on January 20, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Leonard Baylis.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us