U.S. District Court  
District of Delaware

20 Jan 06

Re: 06-11-SLR

Dear Clerk of Court

I wish the Court to please understand that I include the following for a basic reason. I am in need of proper mental health treatment and I am not receiving it. I can prove this with what paperwork I have, however I fear that before this can be clarified in any way my condition will worsen.

Please consider.

FILED
JAN 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully

Leonard Baylis

Leonard Baylis 100231
D.C.C. Smyrna De
19977

I/M Leonard Baylis
SBI# 100281   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570

Legal