U.S. District Court  
District of Delaware

Leonard Baylis 100231  
De Correctional Center  
Smyrna De 19977

17, 19, 20 January 06

Re: 06-11-SLR



Your Honor,

I have spent a total of about 30 minutes over the past year (approx) talking with a psychiatrist or psychologist.

The most lengthly "session" centered on a Doctor's (yet another hurried Doctor replacing another) explaining how ADHD is not a disorder recognized by Correctional Medical Systems (CMS) whereas it has been treated by three previous Doctors and has, in fact, been approved previously by CMS.

From receiving treatment in the community and talking openly with my psychiatrist, and

II.

From Research, via the various Depts of Mental Health, I know that ADHD is an established disease listed in the current Diagnostic and Statistical Manual, and that ADHD often has Co-occurrence with other illnesses. This, what has been soundly established by the medical world, has not been investigated or considered by CMS (vis a vis Alternative treatment) because CMS lacks the time and staff to perform a proper service as mandated in Tilley v Owens, 719 F Supp At 1304, 1305, 1306, 1307, 1308, 1309.

Inquiring about this I am told, "You seem to be fairly intelligent, it doesn't sound like you are handicapped very much" And there was no further discussion about Alternative treatment.

Yes, I can figure things out and I am concerned enough about my illness and how this illness contributes to how I function and live. I have gone to great lengths to gain information about it.

And yes, I am coherent when the time and situation and my ability to function are right. (unpredictable as this may be) However these times are getting to be less and less, to where I spend an increasing amount of time in a "Maze" (for lack of other word). And, unfortunately, my behavior during these times — my difficulty communicating in an orderly fashion — does not stir sympathy or motivation to help.

I have taken an effort to record in words a typical day in the "maze". I have rewritten the following so it is readable. Understand my ability to write at these times is affected and my memory afterword not exact.

IV

I am trying to communicate to the Court what is going on. I wish someone would understand.

Respectfully

*[signature]*

Leonard Baylis 100231
DCC Smyrna De 19977



IM Leonard Baylis
SBI# 100231    UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570

Legal