Tuesday, Jan 17, 06

Today, can't think on one thing. Too much noise, though others say it is normal. To me each sound like a threat, making me smaller, taking me over. I can't think, except anger — A force that is tearing at me, my insides, wanting out, wanting what I don't want. The noise is in charge, should I destroy it or will it destroy me. There is no order. I can't think right. Can't say what I mean. Everything is an unorganized rush. I feel something bad will happen, someone will be hurt, maybe me. Should I act first — pacing the floor, I want to throw myself against the door, the wall. Then I lay down with my hands over my head, my heart beating hard, my stomach scratching, my throat tight. I can't stand it. It's not worth it

Later

There are times when it goes away and I'm okay. Almost. I feel smart until the noise, everything happening too fast. Why can't the smart part of myself be made larger and this "other" part

Made smaller, instead of the other way around.

*[signature]*