United States District Court
District of Delaware

Leonard Baylis 100251
DE Correctional Cntr.
Dover, DE 19977

Re case # 6-11-SLR          27 Feb 06

Dear Justice:

I, Leonard R Baylis, Plaintiff in the above matter, petition the Honorable Court to allow me to produce evidence — evidence that I followed procedure (copies of grievances, etc) Re this complaint. And scientific and medical evidence from the National Institute of Mental Health; The National Resource Center on ADHD; National Institute of Neurological Disorder and Stroke and other hard evidence, such as Mental Health records from Mental Health Dept at Hope Ridge, Winston-Salem, North Carolina. And evidence that if the total of my Mental Health issues is not treated, it may cause deterioration

**FILED**
MAR 03 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

II

6-11- SIR

Mental Health, complications in behavior, etc.

I ask that an attorney be assigned to help access Mental Health Records and present fair evidence and that an unbiased psychiatric examination be accomplished by an entity outside the Department of Corrections and Correctional Medical Systems. (As yet, Correctional Medical Systems has not completed a psychiatric examination)

This petition is a prayer that Justice weigh <u>All</u> available evidence from <u>both</u> parties before deciding on this matter

Respectfully Submitted

*Leonard Baylis*
Leonard Baylis

I/M Leonard Baylis
SBI# 100231   UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal
Indigent

United States District Court
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570