Leonard Baylis 100231
De. Correctional Center
Smyrna, De. 19977

Delaware District Court
Wilmington, Delaware

Re: 06-11-SLR

Dear Justice,

Please find enclosed Amendment of Caption Re the above case; And a letter to Warden and Commissary Re writing Supplies For the Month. (I am indigent) I have sent copies of this letter to Warden and Commissary However there is no Response, as usual, from officials when one writes to them. This is why there are costly suits.

Please excuse the paper I am writing on. And if there is anything you could do to ensure writing supplies as prescribed by law, it would be helpful.

Leonard Baylis

FILED
APR - 7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

