Copy To District Court Re. 06-11-SLR
Leonard Baylis
Commissary/ Warden D.C.C

3 April 06

FILED

APR 0 7 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

I have been Relocated today And was not able
to turn in indigent slip in the building I
left — Nor this building, because the time Factor
involved in my moving (Now being A day
late.)

This means by present policy (which does not
take into Account these type of Realities —
being Relocated And such) that, because I
Am indigent, I will not be Able to Receive
writing materials, paper, envelopes, stamps
etc For Another month.

I have An Active case in De District
Court. I need to communicate with the
Court. Also, I have personal communications
to attend to.

Would you please put me on the list to
Receive this months Indigent Supplies list
So I can maintain personal and legal
Communications