6 April 06

U.S. District Court
District of Delaware

Re: 06-11-SLR - Amended

Amendment of Caption

FILED
APR 07 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please note in the above case Defendants Bruce Doe and Jane Doe shall be Renamed for their actual names:

Charles Benton, (For Bruce Doe) Psychologist or Asst. De. Correctional Center;

And Georgiana Meekens - Dental Supervisor or Nurse, Delaware (For Jane Doe) Correctional Center, Smyrna Delaware 19977.

Leonard Baylis 100231
De. Correctional Center