Clerk of the Court
U.S. District of
Delaware.

10 April 06

Re. 06-11-SLR



Dear Clerk of Court:

Please find enclosed Sheriff Forms.

I wish to note that my Mental Health Condition is getting markedly worse to where I hardly recognize myself. I had some trouble with forms but had help.

Sincerely
Leonard Baylis
Leonard Baylis 100231

I/M Leonard Baylis
SBI# 102231  UNIT 22-J-A-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Office Of The Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570