3 May 06

Re 06-11-SLR

Dear Clerk of Court.

Please Find enclosed motion. I Am concerned if I Am submitting the Right motion in the correct way.

Law library was short this week.

I do hope that you recognize the weight of the enclosed and how it may affect the immediate welfare of this Plaintiff

FILED
MAY 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Respectfully

[signature]

Leonard Baylis 100231
Delaware Correctional Center
Smyrna De. 19977

Please Find Certificate of Service Stapled to Document

I/M Leonard Baylis
SBI# 100231 UNIT 22-U-A-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.63⁰
02 1A
0004608975 MAY 06 2006
MAILED FROM ZIP CODE 19977

Clerk of The Court
U.S. District Court - Delaware
844 N. King St. Lockbox 18
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY