In The United States District Court
District Of Delaware


Leonard K Baylis
   Plaintiff

V                                    Civ No 06-11-SLR

Stanley Taylor, Chris
Malaney, Dr. Anthony
Cannoli, Charles Beslow,
Georgiana Meekens
      Defendants



FILED
MAY 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Supplemental Complaint
With included Motion For Restraining Order
And An Addition of Defendants

II

Comes now before the honorable court, Leonard K Baylis, praying the court for relief regarding a supplemental issue from the above case.

Also, plaintiff prays the court to add the following two defendants to the above case:

Warden Thomas Carrol et al
Warden, Delaware Correctional Center 1181 Paddock Road, Smyrna Delaware 19977

Counselor Italia et al
Counselor, Delaware Correctional Center, 1181 Paddock Road, Smyrna, Delaware 19977

III

Foremost, Plaintiff prays the Court to Recognize the weight and exigency of the need for quick intervention and Relief Regarding the following.

Plaintiffs' life has been threatened — After several weeks of Threats of bodily harm — by his cell mate in the Medium Security Area.

Because of Plaintiffs' Age and Mental health Condition (which the above case addresses) Plaintiff has become a target of one who preys on such.

## IV

And in direct contradiction to eighth Ammendment guarantees, Plaintiff has reached out to staff and staff does nothing.

The latest threat to Plaintiff is as follows: "Keep your eyes open or you might end up like Stephen Pyteo." Stephen Pyteo was recently found dead in his cell, a victim of assault stemming from an issue with his cell mate.

Plaintiff has difficulty doing the most basic of things for fear of a terminal situation about to occur.



Under Penalty of perjury Plaintiff swears the above is true. Plaintiff has a log of events. And Plaintiff Petitions the Court For expedited Action For plaintiff to be housed in Mental Health Area so he may be Allowed to Function without threat.

Finally Plaintiff seeks to add the two above named Defendants to this case in this Regard.

Plaintiff asks that any Movement not be Refalitory And not interfere with law library And Regular library

Respectfully Submitted  3 May 06

VI

Leonard Baylis 100231
Delaware Correctional Center
Smyrna Delaware 19977

## Certificate of Service

I, Leonard K Baylis, hereby certify that I have served a true and correct cop(ies) of the attached: Supplemental Complaint Re 6-11-SLR With included Reclaiming and Add of Defendants upon the following parties/person (s):

TO: Eileen Kelly D.A.G.
Dpt. of Justice
820 N French St.
Wilmington, De. 19801

TO: Stanley Taylor
Dept of Corrections
Dover Delaware 19901

TO: Warden Thomas Carrol
De Correctional Center
Smyrna De 19977

TO: Chris Malaney
Supervisor C.M.S.
Delaware Corrections cntr
Smyrna De 19977

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 3rd day of MAY, 2006

Leon Baylis

## Certificate of Service

I, _Leavord K Baylis_, hereby certify that I have served a true and correct cop(ies) of the attached: _Supplemental Caption Re 6-11-SLR with included Restraining and add. of Defs_ upon the following parties/person (s):

TO: Charles Benton
Psychologist
Delaware Correctional Center
Smyrna De
19977

TO: Dr. Anthony Cannoli
Psychiatrist
Delaware Correctional Cntr
Smyrna De.
19977

TO: Georgiana Meekins
Dental Dept
De Correctional Centr
Smyrna De
19977

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _3rd_ day of _May_, 2006

_/s/ Lea Bali_

I/M Leonard Raflis
SBI# 100231  UNIT 22-C-A-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US POSTAGE $00.63 MAY 06 2006 MAILED FROM ZIP CODE 19977

U.S.M.S. X-RAY'D

Clerk of The Court
U.S. District Court - Delaware
844 N. King St. Lockbox 18
Wilmington Delaware
19801-3570