IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civ. No: 06-11-SLR |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## LIMITED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE ENTER THE APPEARANCE of Kevin J. Connors, Esquire, Marshall, Dennehey, Warner Coleman & Goggin, on behalf of the Defendant, Charles Benton. This Limited Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, Charles Benton. Defendant, Charles Benton, specifically reserves all rights to raise jurisdictional, service, or statute of limitations defects, which may be available.

                                                **MARSHALL, DENNEHEY, WARNER,**
                                                **COLEMAN AND GOGGIN**

                                          **BY:**    /s/ Kevin J. Connors
                                                      **KEVIN J. CONNORS, ESQUIRE, (DE ID # 2135)**
                                                      **LORENZA A. WOLHAR, ESQUIRE (DE ID # 3971)**
                                                      **1220 N. Market Street, 5th Floor**
                                                      **P.O. Box 130**
                                                      **Wilmington, DE  19899-0130**
                                                      **(302) 552-4302**
                                                      **Attorneys for Defendant, Charles Benton**

DATED: May 18, 2006