IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| LEONARD K. BAYLIS | : | |
| --- | --- | --- |
| Plaintiff | : | Civ. No: 06-11-SLR |
| v. | : | |
| STANLEY TAYLOR, et al | : | JURY OF 12 DEMANDED |
| Defendant(s) | : | |

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the LIMITED ENTRY OF APPEARANCE in the above-captioned matter this date by regular mail.

Leonard K. Baylis
SBI00100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Eileen Kelly
Department of Justice
820 N French Street, 6th Floor
Wilmington, DE  19801

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:  /s/ Kevin J. Connors
**KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
LORENZA A. WOLHAR, DE (ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 130
Wilmington, DE  19899-0130
(302) 552-4302
Attorneys for Defendant, Dr. Anthony Cannoli**

DATED: May 18, 2006