IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LEONARD K. BAYLIS** : | |
| : | |
| **Plaintiff** : | |
| : | Civ. No: 06-11-SLR |
| v. : | |
| : | JURY OF 12 DEMANDED |
| **STANLEY TAYLOR, et al** : | |
| : | |
| **Defendant(s)** : | |

## LIMITED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

　　PLEASE ENTER THE APPEARANCE of Kevin J. Connors, Esquire, Marshall, Dennehey, Warner Coleman & Goggin, on behalf of the Defendant, Dr. Anthony Cannoli. This Limited Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, Dr. Anthony Cannoli. Defendant, Dr. Anthony Cannoli, specifically reserves all rights to raise jurisdictional, service, or statute of limitations defects, which may be available.

　　　　　　　　　　　　MARSHALL, DENNEHEY, WARNER,
　　　　　　　　　　　　COLEMAN AND GOGGIN

　　　　　　　　　　BY:　/s/ Kevin J. Connors
　　　　　　　　　　　　KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
　　　　　　　　　　　　LORENZA A. WOLHAR, DE (ID # 3971)
　　　　　　　　　　　　1220 N. Market Street, 5th Floor
　　　　　　　　　　　　P.O. Box 130
　　　　　　　　　　　　Wilmington, DE  19899-0130
　　　　　　　　　　　　(302) 552-4302
　　　　　　　　　　　　**Attorneys for Defendant, Dr. Anthony Cannoli**

DATED: May 18, 2006