IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| LEONARD K. BAYLIS | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civ. No: 06-11-SLR |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| STANLEY TAYLOR, et al | : | |
| | : | |
| **Defendant(s)** | : | |

## CERTIFICATION OF SERVICE

I hereby certify that I have served upon all persons listed below a true and correct copy of the LIMITED ENTRY OF APPEARANCE in the above-captioned matter this date by regular mail.

Leonard K. Baylis
SBI00100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Eileen Kelly
Department of Justice
820 N French Street, 6th Floor
Wilmington, DE  19801

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN AND GOGGIN

BY:   /s/ Kevin J. Connors
        KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
        LORENZA A. WOLHAR, DE (ID # 3971)
        1220 N. Market Street, 5th Floor
        P.O. Box 130
        Wilmington, DE  19899-0130
        (302) 552-4302
        **Attorneys for Defendant, Dr. Anthony Cannoli**

DATED: <u>May 18, 2006</u>