# Index of Exhibits

06-11-SLR

Leonard Baylis v Stan Taylor et al

17 Nov, 05, Grievance Re
Medication And housing.
Copy to Warden
(Unanswered)                                        Pg. 1

1 March 06 copy of letter
to Stan Taylor Dept of
Corrections And Medical Supervisor,
Chris Malaney
(Unanswered)                                        PPg. 2-6

9 April 06 Copy of letter
to Capt. Henry And
Counselor Attilia
(Unanswered)                                        PPg. 7, 8

2 May Copy of grievance                Pg 9

10 May 06 Copy of letter
to Counselor MHU (Ittilia)              Pg 10

Please note, these are not the only exhibits
Re this case

to WARden

COPY

*1*

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: __D·C·C·__

INMATE'S NAME: __Leonard Baylis__

HOUSING UNIT: __V - D - 1__

DATE SUBMITTED: __17 Nov·05__

SBI#: __100231__

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: __16-00__

TYPE OF MEDICAL PROBLEM:

Have Mental Health problems. Seizure,
Fogue, Chronic Depression And Adult Add
I Must Receive Regular Medication. Today,
17 Nov. 05 I was transferred From Gander
Hill Mental Health Unit, Without Receiving Meds.
Furthermore, With the Knowledge that I Cannot
Abide excessive Noise or Situations which
May excaberate Confusion; I was transferred to
the Greentree Unit - A Noisy And extremely Confrontational
environment.

GRIEVANT'S SIGNATURE: __Leonard Bel__   DATE: __17 Nov- 05__.

ACTION REQUESTED BY GRIEVANT: __To Negotiate with psychiatrist__
__My being placed in the Special Needs Unit.__
__And to Receive All Medications__

DATE RECEIVED BY MEDICAL UNIT: _____ _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

P9    2

To: Stanley Taylor Dept of Corrections
Chris McIlvry C.M.S Supervisor
COPY
1 MARCH 06

I Bring to your attention a long
unsolved Matter Regarding Mental Health. I
have combined psychiatric disorders, one of
which is Adult Add.

The U.S. District Court of Delaware has given
me thirty days to Amend my Complaint Regarding
the Above. I would rather see this solved within
the institution.

Various letters and complaints were Filed. on 23
November 05 Psychiatrist Continued ADD Meds
Along with other medications. I never Received
the ADD Meds. However was Advised by
Nurses And Staff Supervisor that it was

ordered.

On 11 Jan 06 The Psychiatrist stopped my ADD medication And stated that Correctional Medical Systems does not Recognize or treat ADD disorder. I have been communicating with the National Institute For Mental health, National Institute of Neurological Disorders And Stroke And ChADD — Children And Adults With ADD.

ADD is Listed in the Diagnostic And Statistical Manual (DSM-iv TR); it is Recognized by the American Psychiatric Association And is A Recognized disorder by The Federal Government. And Social Security Adm. . . . . .

. . . .

III

My Request is that the medical Dept
Administer the most successful of
Alternitive Medications And without
unnecessary delay, As left untreated may
Result in Further Neurological damage which
May diminish my Ability to Function in
the Future.

As A Result of my medication being desisted
I Am Suffering "episodes" where I cannot
Concentrate At All. Also I get Confused,
distracted, Angry, Frustrated, because I cannot
Keep A Steady Course in thought. I've lost
My temper Several times And I Am Afraid
because I Am unable to stop myself, that
Something bad will happen. Sometimes I
Am "Approached" For the way I Am.

Noise Sets me off tremendously; Sometimes I
cannot Separate the Sounds. I Fear For the
Future iF I Am not treated — Both
Counseling And proper medication — And A
Housing Area that will not Aggravate my
Condition And other mental Health Therapy
is Available on A Regular basis . . .

. . .    . . .

Note: De did, After a time prescribe
Wellbutrin For ADD — But this poses more
A threat For Seizure than Regular Add meds
Pluse Plus, According to National
Institute of Mental Health wellbutrin must
be Administered twice daily in order to
be even minimally effective. It is prescribed
once A day And has very little effect

Against my over all Condition. . . .

It is as if there is no treatment.
Every day while suffering this disorder
is a long one. Punishment beyond the
normal call. I fear for the future

Respectfully

Leonard Behic

Capt. Henry

Counselor Ittila

Leonard Baylis 100231
Bld. 22- U-A-4

COPY

P97

9 April 06

MY NAME is Leonard Baylis, 55 years old. I moved to this unit on 3 April 06 (Mhu unit). I have mental Health problems. I have difficulty in excessively loud or Confrontational environments. I have "episodes" Sometimes I get lost. I can Actually Feel my mental state deteriorating. I Feel that something is going to happen. I have Since November 05, been Asking to be housed in an Area More Suitable to my Condition, this has been prolonged excessively. I say this because I have been involved in Confrontations where I am threatened because I get confused I lose track of time And I get angry And Can't talk Right. It is hard to explain. But I believe that Something Serious is going to happen.

198

II                    Counselors Copy

health unit And to Speak with you, Some
things cannot be written down. Some days
it is Really Serious And I Am Afraid that
Something will happen that could be prevented.


Sincerely    Leon Baylis.
             Leonard Baylis 100231
             #22-0-A-4

CCP9

Pg 9

**FORM #584**

**GRIEVANCE FORM**

**FACILITY:** D.C.C

**DATE:** 1 MAY 06

**GRIEVANT'S NAME:** Leonard Baylis

**SBI#:** 100231

**CASE#:** _____

**TIME OF INCIDENT:** Repested. Last

Event 1 MAY every

**HOUSING UNIT:** C- 4-4  #22

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On May 1st and on previous dates I have
been threatened with injury by my cell mate.
I have went to staff and I am told there is
Nothing they can do other than for me to "Sign
on" And ideally do it I declare to sign on when I
Am simply trying to do my time. Also I have
mental Health issues. I am supposed to be cassioned
for SNU. I feel in imminent danger- My
cell mate told me I could end up like me pyfro
And be found dead in the morning. I wish to
press charges.

**ACTION REQUESTED BY GRIEVANT:** To be Moved to a different
cell and or to SNU

**GRIEVANT'S SIGNATURE:** _[signature]_

**DATE:** 2 May 06

**WAS AN INFORMAL RESOLUTION ACCEPTED?** _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** _____ **DATE:** _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Pg 10

Dear Counselor MHU

I have Regularly been threatened by my
Cell mate. I have gone to Staff with
this And am told there is nothing they
Can do. I have mental Health
Issues. I have written to you before
About this. I Am Supposed to be
Considered For the special needs unit.
I Feel in imminent danger. My cell
mate told me "I could end up like MR.
Pytco And be Found dead in the morning.

Can Noone do anything About this?

Leonard Baylis  100231
MAY 10  2006