Re CA#06-11-SLR

15 May 06

Dear Clerk of Court:

Please find enclosed motion seeking to move the court for relief.

Respectfully

*Leonard Baylis*

Leonard Baylis 100231
Delaware Correctional Cnte.
Smyrna Delaware
19977

P.S. I have enclosed an index of exhibits along with the exhibits that have the most bearing to the issue at hand.