IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEONARD K. BAYLIS | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civ. No: 06-11-SLR** |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| STANLEY TAYLOR, et al | : | |
| | : | |
| **Defendant(s)** | : | |

**JOINDER OF DEFENDANTS, ANTHONY CANNULI, M.D. AND CHARLES BENTON,
TO STATE DEFENDANTS' RESPONSE TO
PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

Defendants, Anthony Cannuli, M.D. and Charles Benton, by their attorneys, hereby join in the State Defendants' Response to Plaintiff's Motion for Injunctive Relief. In joining State Defendants' Response to Plaintiff's Motion for Injunctive Relief, Defendants, Anthony Cannuli, M.D. and Charles Benton, rely upon and adopt the arguments and positions set forth therein.

**WHEREFORE**, Defendants, Anthony Cannuli, M.D. and Charles Benton, respectfully request that this Court deny Plaintiff's Motion for Injunctive Relief.

    MARSHALL, DENNEHEY, WARNER,
    COLEMAN AND GOGGIN

    BY:   /s/ Kevin J. Connors
           KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
           LORENZA A. WOLHAR, DE (ID # 3971)
           1220 N. Market Street, 5th Floor
           P.O. Box 130
           Wilmington, DE  19899-0130
           (302) 552-4302
           kjconnors@mdwcg.com

DATED: June 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civ. No: 06-11-SLR |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## CERTIFICATE OF SERVICE

      I hereby certify that on June 15, 2006, I electronically filed the Joinder of Defendants, Anthony Cannuli, M.D. and Charles Benton to State Defendants' Response to Plaintiff's Motion for Injunctive Relief with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801

      I hereby certify that on June 15, 2006, I have mailed by United States Postal Service, the Joinder of Defendants, Anthony Cannuli, M.D. and Charles Benton to State Defendants Response to Plaintiff's Motion for Injunctive Relief to the following non-registered participant:

Leonard K. Baylis
SBI00100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                          MARSHALL, DENNEHEY, WARNER,
                          COLEMAN AND GOGGIN

                          BY:    /s/ Kevin J. Connors
                                  KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
                                  LORENZA A. WOLHAR, DE (ID # 3971)
                                  1220 N. Market Street, 5th Floor
                                  P.O. Box 130
                                  Wilmington, DE  19899-0130
                                  (302) 552-4302

DATED: June 15, 2006
\15_A\LIAB\DTWALSH\LLPG\358933\DTWALSH\13252\00160