IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civ. No: 06-11-SLR |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

### LIMITED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE ENTER THE APPEARANCE of Kevin J. Connors, Esquire, and Lorenza A. Wolhar, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin, on behalf of the Defendant, Chris Malaney. This Limited Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, Chris Malaney. Defendant, Chris Malaney, specifically reserves all rights to raise jurisdictional, service, or statute of limitations defects, which may be available.

>       MARSHALL, DENNEHEY, WARNER,
>           COLEMAN AND GOGGIN
>
> BY:   /s/ Kevin J. Connors
>       KEVIN J. CONNORS, ESQUIRE, (DE ID # 2135)
>       LORENZA A. WOLHAR, ESQUIRE (DE ID # 3971)
>       1220 N. Market Street, 5th Floor
>       P.O. Box 130
>       Wilmington, DE  19899-0130
>       (302) 552-4302
>       Attorneys for Defendant, Chris Malaney

DATED: June 19, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civ. No: 06-11-SLR** |
| v. | : | |
| | : | **JURY OF 12 DEMANDED** |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

### CERTIFICATE OF SERVICE

  I hereby certify that on June 19, 2006, I electronically filed the Limited Entry of Appearance with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

  I hereby certify that on June 19, 2006, I have mailed by United States Postal Service, the Limited Entry of Appearance to the following non-registered participant:

Leonard K. Baylis
SBI00100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

          MARSHALL, DENNEHEY, WARNER,
            COLEMAN AND GOGGIN

     BY: /s/ Kevin J. Connors
         KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
         LORENZA A. WOLHAR, DE (ID # 3971)
         1220 N. Market Street, 5th Floor
         P.O. Box 130
         Wilmington, DE 19899-0130
         (302) 552-4302

DATED: June 19, 2006
\15_A\LIAB\DTWALSH\LLPG\359462\DTWALSH\13252\00160