United States District Court
Delaware

Leonard Baylis 100271
D.C.C.

Re 06-11-SLR          12 June 06

Dear District ct.

I have Received An order From the Court
dated 2 June 06. (Re Plaintiffs Motion For
injunctive Relief) The Defendants have A
deadline of 15 June 06 And I, the
Plaintiff have A deadline of 22 June 06 to
Respond to their Reply.

I am locked within the Realm of issues
that this Suit Attempts to Address; the most
Present being that I have been Moved to
A new location And the property Room is

FILED

JUN 19 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

II

holding All My legal work — even though it is Against policy to do so. I Am told "Maybe you'll get it back in two or three weeks." I call this vindictive And I pray the Court to grant A delay in my Response Until I get pertinent legal work, Arguements And References Returned. These items held by property are not Replaceable considering the time And effort And Assistance — the Range of citations, etc which Regards this case And the handicap From which I attempt to Argue.

Again, I pray the court to grant to

Plaintiff in the above matter an extension

to the 2 June ordered deadline of 22

June 06; this due to circumstances

beyond plaintiffs control.

Respectfully

Leonard Baylis 100251

Delaware Correctional Center.

In The United States District Court

District of Delaware.

Re 06-11-SLR

I, Leonard Baylis, swear under the

penalty of perjury that I have sent

one copy of the enclosed letter and

Motion For Continuance to:

Eileen Kelley Dept of Justice

820 N French St.

Wilmington, Delaware 19802

This by way of Delaware Correctional

Center Mail          Leonard Baylis      12 June 06

Leonard Baylis 100231

D.C.C.

I/M Leonard Baylis

SBI# 100231 UNIT 23-D-L-3

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

U.S. District Court

office of The Clerk

844 N. King St, lockbox 18

Wilmington Delaware

19801-3570

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.39°
JUN 14 2006
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY