VII Exhibit A

Thomas Carroll and Counselor Cindy Attallian — Both of the Delaware Correctional Center, Smyrna, Delaware.

#2  To Grant an emergency injunction to move that plaintiff be housed in an area suitable for those with mental illness and special needs; where plaintiff will not be targeted or threatened. And where mental health treatment and actual and regular therapy is administered. Also that plaintiff recieve proper medication consistant with medical reality — Quality over Quantity — And that plaintiff not be further punished or have his punishment compounded because of his mental illness.

To Grant appointment of Counsel to plaintiff to better ensure clarity and placement of issues (to the Court) and to better ensure that the truth will more likely be exposed where both sides are equally represented.

Truthfully and Respectfully Submitted

15 May 06

Leonard Baylis
Leonard Baylis 100231
Smyrna, Delaware 19977