Exhibit B

administered Dilantin[1] twice a day.   On the same day he was

referred to mental health.   On November 19, 2005, Baylis made a

request for mental health services and on November 24, 2005, he

received mental health treatment, including the medications

Ritalin[2] and Prozac[3], and he was scheduled for a follow-up visit

in three months.   The medication administration record for

December 2005 indicates that Baylis was administered Dilantin and

Prozac on a daily basis.

Baylis was next seen on January 11, 2006.   At that time, Dr.

 Anthony Cannuli ("Dr. Cannuli") discontinued the use of Ritalin

because it is contraindicated in persons with a history of

seizures and Baylis has a seizure disorder history.   Dr. Cannuli

states that Baylis is being prescribed and administered

appropriate medication for his conditions and there is no danger

of medical/psychiatric harm to Baylis in the administration of

the medications Baylis is currently prescribed or in his current

mental health treatment plan.

Given the exhibits submitted to the court, Baylis has not

demonstrated the likelihood of success on the merits.   Baylis

alleges that he has not received mental health treatment and

---

[1]Dilantin (phenytoin) is indicated for the control of tonic-clonic (grand mal) seizures and psychomotor(temporal lobe)seizures. www.pfizer.com/ pfizer/download/uspi_dilantin125.pdf.

[2]Ritalin is indicated in the treatment of Attention Deficit Hyperactivities Disorder.  Physicians' Desk Reference 2256 (60th ed. 2006).

[3]Prozac is indicated in the treatment of major depressive disorder. Physicians' Desk Reference 1773 (60th ed. 2006).

10