Exhibit D   Copy to Warden   1

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.
INMATE'S NAME: Leonard Baylis
HOUSING UNIT: V-D-1

DATE SUBMITTED: 17 Nov-05
SBI#: 100237
CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 16:00

TYPE OF MEDICAL PROBLEM:
Have Mental Health problems: seizure; Fugue, Chronic Depression and Adult ADD. I must receive regular medication. Today, 17 Nov. 05 I was transferred from Gander Hill, Mental Health unit, without receiving meds. Furthermore, with the knowledge that I cannot abide excessive noise or situations which may excaberate confusion; I was transferred to the Greentree unit - a noisy and extremely contentious environment.

GRIEVANT'S SIGNATURE: Leonard Bylis     DATE: 17 Nov-05

ACTION REQUESTED BY GRIEVANT: To negotiate with psychiatrist my being placed in the Special Needs Unit. And to receive all medications

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.