# HOWARD R. YOUNG CORRECTIONAL INSTITUTION
## RECEPTION AND DIAGNOSTIC UNIT (RDU)



Exhibit E

To: Leonard Baylis    Unit: 1D-5    SBI # 100231

From:      Steven Deller, RDU Counselor

Date:      10/24/05

Subject:   Initial Classification Recommendations

On 10/24 you were recommended by the Multi Disciplinary Team (MDT) for:

SECURITY:    ___ Community   ✓ Minimum   ___ Medium   ___ Maximum

INSTITUTION:  ✓ HRYCI   ___ DCC   ___ SCI   ___ WR/VOPC   ___ WCF/DUI Program

PROGRAMS:    ___ Key   ___ New Visions   ✓ Life Skills   ___ PRC   ___ Work Pool

___ Alternative To Violence Program (AVP)    ___ Anger Management

___ Sex Offenders Group (SOG)   ___ Transition Unit   ___ YCOP   ___ Education

___ Substance Abuse Reality (SAR)    ___ Greentree Program

___ Family Problems    ___ Personal Challenges

___ Note: open charge(s) in file    ___ Note: detainer in file from _____

This **recommendation** will be forwarded to the Central Institutional Classification Board (CICB) for **approval** or **disapproval**. You will receive notification from the CICB only if they approve something **different** than the MDT recommendation.

Comments: _____

_____

_____

Approximate Date of Next Classification: Apr. '06