Clerk of the Court
United States District Court
Delaware

Re: 06-11-SLR



FILED
JUN 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BP scanned

Please find enclosed answer to States Arguement against injunctive Relief.

I had submitted to the Court for an extension of time; however my legal work, which had been held over a week, was returned in time to allow me to respond as originally ordered.

I apologize for any inconvenience. Thank you for your patience.

Leonard Baylis 100231
Delaware Correctional Center

20 June 06