## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civ. No: 06-11-SLR** |
| **v.** | : | |
| | : | **JURY OF 12 DEMANDED** |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## MOTION OF DEFENDANTS, CHRISTINE MALANEY, DR. ANTHONY CANNULI, AND CHARLES BENTON TO DISMISS PLAINTIFF'S COMPLAINT[1]

COMES NOW Christine Malaney, Dr. Anthony Cannuli and Charles Benton ("Defendants"), by and through their undersigned counsel, and respectfully moves this Honorable Court to enter an Order pursuant to Federal Rules of Civil Procedure 12(b)(6) dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted.  In support of this Motion, the defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:    /s/Kevin J. Connors
KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
LORENZA A. WOLHAR, (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 130
Wilmington, DE  19899-0130
(302) 552-4302
Attorneys for Defendants, Christine Malaney, Dr. Anthony
Cannuli, M.D. and Charles Benton

DATED: June 26, 2006

---

[1] The Defendants waive their right to file an Opening Brief and submit this Motion in lieu thereof pursuant to Local Rule 7.1.2.  However, the defendants. reserve the right to file a Reply Brief.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civ. No: 06-11-SLR** |
| **v.** | : | |
| | : | **JURY OF 12 DEMANDED** |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2006, I electronically filed the Motion of Defendants, Christine Malaney, Dr. Anthony Cannuli and Charles Benton to Dismiss Plaintiff's Complaint with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801

I hereby certify that on June 26, 2006, I have mailed by United States Postal Service, the Motion of Defendants, Christine Malaney, Dr. Anthony Cannuli and Charles Benton to Dismiss Plaintiff's Complaint to the following non-registered participant:

Leonard K. Baylis
SBI00100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:     /s/Kevin J. Connors
        KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
        LORENZA A. WOLHAR, (DE ID # 3971)
        1220 N. Market Street, 5th Floor
        P.O. Box 130
        Wilmington, DE  19899-0130
        (302) 552-4302
        Attorneys for Defendants, Christine Malaney, Dr.
        Anthony Cannuli, M.D. and Charles Benton