**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civ. No: 06-11-SLR** |
| **v.** | : | |
| | : | **JURY OF 12 DEMANDED** |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## ORDER

And now, _____ day of _____, 2006, upon consideration of the Motion of Defendants, Christine Malaney, Dr. Anthony Cannuli and Charles Benton to Dismiss Plaintiff's Complaint, and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and judgment is entered in favor of the defendants, Christine Malaney, Dr. Anthony Cannuli and Charles Benton, and against plaintiff.


So Ordered

_____
Judge