Clerk of The Court
United States District Court

7 July 06
Re: 06-11-SLR

Dear Clerk of Court:

Please Find enclosed Plaintiffs answer to Defendants Motion to dismiss the Above Case. I have Written and ReWritten Several times And this is the closest I can come. I Apologize For the handwriting

Sincerely, [signature]



FILED
JUL 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned