In The United States District Court
District of Delaware

Leonard Baylis

v.

Case # 06-11-SLR

Stanley Taylor et al
Correctional Medical Systems et al


FILED
JUL 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Answer to Defendant's scanned
Motion to Dismiss

Comes Now, Leonard Baylis, Appellant in the Above Matter, Moving the honorable Court to Consider the Following Points of law And memorandum As Argument Against Defendant's Motion to Dismiss

Dated 7 July 06