Written before Amended Complaints

Exhibit A pg 1

To: Stanley Taylor Dpt of Corrections

To: Chris McHenry CMS Supervisor

Copy

1 MARCH 06

I bring to your attention a long unsolved matter Regarding Mental Health. I have combined psychiatric disorders, one of which is adult ADD.

The U.S. District Court of Delaware has given me thirty days to Amend my Complaint Regarding the Above. I would rather see this solved within the institution.

Various letters and complaints were filed. On 23 November 05 Psychiatrist continued ADD meds along with other medications. I never received the ADD meds. However was advised by nurses and staff supervisor that it was

Exhibit A    Pg 2

ordered.

On 11 Jan 06 The Psychiatrist stopped my Add medication And stated that Correctional Medical Systems does not Recognize or treat ADD disorder. I have been communicating with the National Institute For Mental health, National Institute of Neurological Disorders And Stroke And CHADD — Children And Adults With ADD.

ADD is Listed in the Diagnostic And Statistical Manual (DSM-IV TR); it is Recognized by the American Psychiatric Association And is a Recognized disorder by The Federal Government. And Social Security Adm. . . . . .

Exhibit A        III        Pg 3        

My Request is that the medical Dept
Administer the Most Successful of
Alterntive medications And without
Unnecessary delay. As left Untreated may
Result in Further neurological damage which
May diminish my Ability to Function in
the Future.

As A Result of my medication being desisted
I Am Suffering "episodes" Where I cannot
Concentrate at All. Also I get Confused,
distracted, Angry, Frustrated, because I cannot
Keep A Steady course in thought. I've lost
My temper Several times And I Am Afraid
because I Am Unable to Stop Myself, that
Something bad will happen. Sometimes I
Am "Approached" For the Way I Am.

Exhibit A  Pg 4  IV

Noise Sets me off tremendously; sometimes I cannot separate the sounds. I fear for the future if I am not treated — Both counseling and proper medication __ And a housing Area that will not Aggravate my condition And other mental health Therapy is Available on a Regular basis.

. .    . .

Note: De did, After a time prescribe wellbutrin For ADD — But this poses more a threat for Seazure that Regular Add meds Pluse Plus, According to National Institute of mental health, wellbutrin must be administered twice daily in order to be even minimully effective. It is prescribed once a day and has very little effect

Exhibit A    Pg. 5    V

Against my overall Condition. . . .

It is as if there is No treatment.
Every day while Suffering this disorder
is a long one. Punishmet beyond the
Normal Call. I Fear For the Future

Respectfully

Jacamel Behin

Capt. Henry
Counselor Ittilia

Exhibit A

Page 6

Copy

9 April 06

Leonard Baylis 100231
Bld. 22- U-A-4



My NAME is Leonard Baylis, 55 years old. I moved to this unit on 3 April 06 (Ashu unit). I have Mental Health problems. I have difficulty in excessively loud or confrontational environments. I have "episodes" Sometimes I get lost. I can Actually feel my mental State deteriorating. I feel that something is going to happen. I have since November 05 been asking to be housed in an Area More suitable to my condition, this has been prolonged excessively. I say this because I have been involved in confrontations where I am threatened because I get confused I lose track of time As I get angry And Can't talk Right. It is hard to explain. But I believe that Something Serious is going to happen.

Exhibit A    Page 7

II

Counselors Copy

health unit And to Speak with you. Some
things cannot be written down. Some days
it is Really Serious And I Am Afraid that
Something will happen that could be prevented.


Sincerely    Leonard Baylis
Leonard Baylis 100231
#22-0-A-4



*Exhibit A* *Page 8*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I.    (GANDER HILL)

**This request is for (circle one): MEDICAL / DENTAL / MENTAL HEALTH**

Leonard Baylis                    1-D-5
_____              _____
**Name (Print)**                  **Housing Location**

9-5-50            100231          16 September 05
_____  _____  _____
**Date of Birth**    **SBI Number**       **Date Submitted**

**Complaint (What type of problem are you having)** Recently Visited Dentist And WAS told to come back when Sentenced. I AM Now Sentenced, (9-15-05) I Need denture work I have trouble Chewing / Eating — it is hard on my Stomach

Leonard Baylis                    16 September 05
_____              _____
**Inmate Signature**              **Date**

**The below area is for medical use only.  Please do not write any further**

S: You have been scheduled for sick call

O:  Temp: _____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A: _____

P: _____

E: _____

_____  _____  _____
**Provider Signature and Title**    **Date**    **Time**

3/1/99 DE01
Form# MED 263

*Exhibit A*    *Pg 9*

FORM  #585

MEDICAL GRIEVANCE

FACILITY: D.C.C.                                    DATE SUBMITTED: 17 Nov. 05

INMATE'S NAME: Leonard Baylis                       SBI#: 100231

HOUSING UNIT: V-D-1                                 CASE #: _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 16-00

TYPE OF MEDICAL PROBLEM:

Have Mental Health problems: Seizure;
Fogue, Chronic Depression And Adult Add
I Must Receive Regular Medication . Today,
17 Nov. 05 I was transferred From Gander
Hill, Mental Health Unit, Without Receiving Meds.
Furthee more, with the Knowledge that I Cannot
Abide excessive Noise or Situations which
May excabrate Confusion; I was transferred to
The Greentree unit - A Noisy and extremely Confrontations
environment.

GRIEVANT'S SIGNATURE: Leonard Baylis          DATE: 17 Nov. 05.

ACTION REQUESTED BY GRIEVANT: To negotiate with psychiatrist
My being placed in the Special needs unit.
And to Receive All Medications

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*Exhibit A Page 10*

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): _Leonard Baylis_

Housing Location: _Victor_

Date of Birth: _9-5-56_

SBI Number: _100231_

Date Submitted: _Dec. 1 05_

Complaint (What type of problem are you having)? _Confusion_
_problems Concentrating - pre Seizure_
_Activity_

_2nd Request_

_____          _____
Inmate Signature                         Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A: _____

P: _____

E: _____

_____          _____
Provider Signature & Title              Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit A  Pg 11

**Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 12/22/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 21472 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 04:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Not receiving proper medication. Previous grievance on this subject not answered, Mental Health paperwork not current and I am not receiving all my mental health medications that were ordered by the Psychiatrist.

**Remedy Requested** : To receive medications ordered by Psychiatrist and proper mental health treatment.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES

Date Received by Medical Unit : 12/22/2005

Investigation Sent : 12/22/2005

Investigation Sent To : Plante, Donna

Grievance Amount :

Exhibit A Pg 12

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 22328 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 13:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims: After repeated attempts to see Dentist (I have trouble eating because of missing teeth) and after signing off on a grievance on 15 Nov(at gander hill) and after I was promised dental treatment, I was today refused treatment because of wrong information in Dental records.

Remedy Requested : To receive proper Dental Treatment.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 01/11/2006 |
| Investigation Sent : 01/11/2006 | Investigation Sent To : Malaney, Christine |
| Grievance Amount : | |

Exhibit  Pg 13

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: De Correctional Cntr.         DATE: 28 Feb 06

GRIEVANT'S NAME: Leonard Baylis         SBI#: 100251

CASE#: 24239                             TIME OF INCIDENT: Ongoing

HOUSING UNIT: V

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Concerning Dental work Not Accomplished

After Requests And grievances Dated 29 Nov 05

And 27 Dec 05 Returned Unsolved And 17 Dec

05 Grievance Resubmitted.     No Actual

Work has been Accomplished.  I have difficulty
eating And this leads to Stomach problems

ACTION REQUESTED BY GRIEVANT: To Receive Actual Dental
Work

GRIEVANT'S SIGNATURE: Leonard Baylis         DATE: 28 Feb 06

WAS AN INFORMAL RESOLUTION ACCEPTED?      _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____      DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAR 0 1 2006

Inmate Grievance Office

Exhibit A Pg 14

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/20/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 21472 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 04:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Not receiving proper medication. Previous grievance on this subject not answered, Mental Health paperwork not current and I am not receiving all my mental health medications that were ordered by the Psychiatrist.

Remedy Requested : To receive medications ordered by Psychiatrist and proper mental health treatment.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 12/22/2005 |
| Investigation Sent : 12/22/2005 | Investigation Sent To : Plante, Donna |
| Grievance Amount : | |

*Exhibit A    Pg 15*

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Offender Name : BAYLIS, LEONARD K | | SBI#          : 00100231 | | Institution     : DCC | |
| Grievance #    : 21472 | | Grievance Date  : 11/29/2005 | | Category      : Individual | |
| Status          : Withdrawn | | Resolution Status: | | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | | Incident Date    : 11/29/2005 | | Incident Time : 04:00 | |
| IGC            : Merson, Lise M | | Housing Location :Bldg V, Tier D, Cell 1, Single | | | |

| INFORMAL RESOLUTION | |
|---|---|

Investigator Name   : Plante, Donna                                    Date of Report  12/22/2005

Investigation Report : RECEIVING PROZAC NOT RITALIN. RITALIN NONFORMULARY WILL GET MH TO HAVE NONFORMULARY FILLED TO RECEIVING THE MEDICINE. NONFORMULARY & ORDER WILL BE REFAXED TO PHARC SPOKE WITH MORGAN MEDICATION NURSE & SAID THAT DONNA PLANT TOOK CARE OF THIS MATTER ON 1/03/06

Reason for Referring:

*Ritalin not Received*

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

Exhibit A $9 16

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 03/20/2006

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 21472 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status : | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 04:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

### IGC

Medical Provider:                           Date Assigned

Comments:

[x] Forward to MGC          [ ] Warden Notified

[ ] Forward to RGC          Date Forwarded to RGC/MGC : 01/19/2006

[x] Offender Signature Captured     Date Offender Signed     :

*Exhibit A pg 17*

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261
Date: 03/20/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 21472 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Withdrawn | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 04:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

### MGC

Date Received : 01/19/2006          Date of Recommendation: 03/20/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : | Deny : | Abstain : |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 3/14/2006
Per Capt. Michael McCreanor: in Litigation. Withdrawn.

*Exhibit A pg 18*

HRYCI Howard R.Young Correctional Institution
Date: 03/20/2006
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : HRYCI | |
| Grievance # : 20470 | Grievance Date : 11/15/2005 | Category : Individual | |
| Status : Withdrawn | Resolution Status: | Inmate Status : | |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/15/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | | |

### MGC

Date Received : 02/28/2006           Date of Recommendation: 03/20/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### VOTE COUNT

| | | |
|---|---|---|
| Uphold : | Deny : | Abstain : |

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 3/14/2006
Per Capt. Michael McCreanor: in Litigation. Withdrawn.

*Exhibit A Pg 19*

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700
Date: 03/30/2006

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

Offender Name : BAYLIS, LEONARD K          SBI#          : 00100231          Institution      : HRYCI

Grievance #     : 15434                                  Grievance Date  : 07/18/2005      Category     : Individual

Status            : Withdrawn                            Resolution Status:                      Inmate Status :

Grievance Type: Health Issue (Medical)        Incident Date    : 07/14/2005      Incident Time :

IGC               : Merson, Lise M                      Housing Location : Bldg V, Tier D, Cell 1, Single

### MGC

Date Received  : 08/24/2005          Date of Recommendation: 03/30/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### VOTE COUNT

| Uphold : | Deny : | Abstain : |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

Hearing held 3/14/06. Under litigation. Per Capt. McCreanor grievance is withdrawn.

*Exhibit A Pg 20*

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name** : BAYLIS, LEONARD K | **SBI#**          :  00100231 | **Institution**    : HRYCI |
| **Grievance #**    : 15434 | **Grievance Date**  :  07/18/2005 | **Category**    : Individual |
| **Status**          : Withdrawn | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    :  07/14/2005 | **Incident Time :** |
| **IGC**          : Merson, Lise M | **Housing Location :** Bldg V, Tier D, Cell 1, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name**    : Hunter, Linda                              **Date of Report**  08/18/2005

**Investigation Report :** Was seen by Dr. Mancuso on 7/27/05.  Medications ordered.  To be rescheduled to see the Dr.

**Reason for Referring:**

---

**Investigator Name**    : McCreanor, Michael                         **Date of Report**  12/12/2005

**Investigation Report :**

**Reason for Referring:** Captain McCreanor, will you see if this is still an issue with I/M Baylis?  Sgt. Moody

Offender's Signature:_____

Date            :_____

Witness (Officer)    :_____

Exhibit A   Pg 21

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: D.C.C.                              DATE: 2 MAY 06

GRIEVANT'S NAME: Leonard Baylis        SBI#: 100231

CASE#:                                               TIME OF INCIDENT: Reported - last even

HOUSING UNIT: Bldg. 22 A-c-w                      eveny of May 1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On May 1st And on previous dates I have been
threestened with injury by my cell mate. I have
went to staff And I Am told there is Nothing they
can do other than me to sign cu And lose all
previleges. Why do I have to sign cu when I Am
simply trying to do my time. Also I have mental
Health issues. I Am suppsed to be Considered
For SNU. I Feel in imminent danger. My Cell
mate told me I could end up like me pytro And
be found dead in the morning I cunst. to press
charges
ACTION REQUESTED BY GRIEVANT: To be Move to different
cell And or used SNU

GRIEVANT'S SIGNATURE: Leo Bl.              DATE: 2 MAY 06

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

Copy U.S.                              April '97 REV

*Exhibit A   Pg 22*

FORM #585

MEDICAL GRIEVANCE *→ Medical*

FACILITY: *D.C.C.*

INMATE'S NAME: *Leonard Baylis*

HOUSING UNIT: *✓*

DATE SUBMITTED: *28 Feb 06*

SBI#: *500231*

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: *Onguing*

TYPE OF MEDICAL PROBLEM:

*Concerning Dental Work Not Accomplished, After Requests And grievances Dated 29 Nov 05 And 27 Dec. Returned unsolved And 27 Dec Grievance Resubmitted. No Actual Work has been Accomplished. I have difficulty eating And this leads to Stomach problems.*

GRIEVANT'S SIGNATURE: *Leonard Baylis*    DATE: *28 Feb 06*

ACTION REQUESTED BY GRIEVANT: *To Receive Actual Dental Work.*

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Exhibit A pg 23

FORM #585

MEDICAL GRIEVANCE

FACILITY: De Correctional Center

DATE SUBMITTED: 3 Feb 06

INMATE'S NAME: Leonard Baylis

SBI#: 100231

HOUSING UNIT: V

CASE #:

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: On going

TYPE OF MEDICAL PROBLEM:

Recently. The Psychiatrist Discontinued one of my Medications (Ritalin) unfortunately the Doctor Did not Replace with an alternate Medication suitable to their Formula. Without Treatment According to National Institute of mental Health — Person with ADD disorder is subject to Worsening effects (without treatment) by interruption of connections that establish Communications between different brain Regions.

GRIEVANT'S SIGNATURE: Leon Bslc    DATE: 3 Feb 03

ACTION REQUESTED BY GRIEVANT: To be treated for the total of my Mental illness. So that disorder. Will not exacerbate As is being experienced — need to communicate with Dr.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Exhibit A Pg 24

### FORM #585

### MEDICAL GRIEVANCE

FACILITY: _D.C.C._

INMATE'S NAME: _Leonard Baylis_

HOUSING UNIT: _V_

DATE SUBMITTED: _22 Feb 06_

SBI#: _100231_

CASE #: _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _4:30 A.M._

TYPE OF MEDICAL PROBLEM:

Twice in one week my medication has been "Missing." — Medication For Seizure And Chronic Depression. And I still have not been administered Alternitive Meds For Attention Disorder And I Am having Serious difficulty w Concentration And Confusion

GRIEVANT'S SIGNATURE: _Leon Beli_     DATE: _22 Feb 06_

ACTION REQUESTED BY GRIEVANT: _____

To Receive My Meds Consistently And to Receive Alternitive Meds For what has been discontinued.

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

Appendix E

*Exhibit A*
*Pg 25*

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:       Inmate _LEONARD Baylis_ , SBI# _00100231_ , Housing Unit _MHU 22_
VIA:      Counselor _FORREST_
FROM:     I.B.C.C.
DATE:     _6-13-06_
RE:       Classification Results

Your M.D.T. has recommended you for the following: _and SNU, BVU Programs_
_17H_

The I.B.C.C.'s decision is to:

__✓__ Approve _____

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

## BECAUSE:

____ Lack of program participation         ____ Time remaining on sentence
____ Pending disciplinary action           ____ Prior failure under supervision
____ Gradual phasing indicated             ____ Poor institutional adjustment
____ Open charges                          ____ Serious nature of offense
____ Prior criminal history
____ Failure to follow your treatment plan in that you _____

_____

____ You present a current and continuous danger to the safety of staff, other inmates, or the good
     order of the Institution.  Explanation: _____

_____

OTHER: _12-12-06_ _____

_____

## ADDITIONAL COMMENTS:

____ Develop/continue treatment plan with counselor

You will be expected to address the following:_____

_____

_____

Copy to:  Classification
          Inmate                                    Form #456
          Institution File                          Revised 11/97

administered Dilantin[1] twice a day.  On the same day he was
referred to mental health.  On November 19, 2005, Baylis made a
request for mental health services and on November 24, 2005, he
received mental health treatment, including the medications
Ritalin[2] and Prozac[3], and he was scheduled for a follow-up visit
in three months.  The medication administration record for
December 2005 indicates that Baylis was administered Dilantin and
Prozac on a daily basis.



Baylis was next seen on January 11, 2006.  At that time, Dr.
Anthony Cannuli ("Dr. Cannuli") discontinued the use of Ritalin
because it is contraindicated in persons with a history of
seizures and Baylis has a seizure disorder history.  Dr. Cannuli
states that Baylis is being prescribed and administered
appropriate medication for his conditions and there is no danger
of medical/psychiatric harm to Baylis in the administration of
the medications Baylis is currently prescribed or in his current
mental health treatment plan.

Given the exhibits submitted to the court, Baylis has not
demonstrated the likelihood of success on the merits.  Baylis
alleges that he has not received mental health treatment and

---

[1]Dilantin (phenytoin) is indicated for the control of tonic-clonic
(grand mal) seizures and psychomotor(temporal lobe)seizures. www.pfizer.com/
pfizer/download/uspi_dilantin125.pdf

[2]Ritalin is indicated in the treatment of Attention Deficit
Hyperactivities Disorder.  Physicians' Desk Reference 2256 (60th ed. 2006).

[3]Prozac is indicated in the treatment of major depressive disorder.
Physicians' Desk Reference 1773 (60th ed. 2006).

10

synapse (space where the brain cells connect). AMP also increases the level of dopamine and norepinephrine in the synapse through another mechanism in the pre-synaptic (pre-connection) brain cell.[20,21]

After an unsuccessful treatment attempt with one family of stimulants (MPH or AMP), an attempt with the other is warranted.[9] Because MPH and AMP have different mechanisms of action, combining MPH and AMP may be useful in a person who does not respond to either type alone.[6,7]

**Q.** Are adults who take psychostimulant medications more likely to have substance abuse problems?
**A.** No. Generally, the stimulants are well tolerated in therapeutic doses without any abuse. There is no evidence to substantiate the fear that stimulant use leads to substance abuse or dependence. On the contrary, studies indicate that successful treatment of AD/HD with stimulants lowers the chances of substance use disorders, compared to adults with untreated AD/HD.[23-25]

Adults with AD/HD who have a co-existing substance use disorder and are actively using sometimes abuse psychostimulants. Generally, the active substance use disorder needs to be treated before the co-existing AD/HD can be treated. In this case, it may be advisable not to use a psychostimulant for the treatment of AD/HD. For people with a recent history of substance use but no current use, deciding to use stimulant medication needs to be dealt with on a case-by-case basis. Certain extended release preparations are less likely to be abused, like Concerta (a recent extended

> "Psychostimulants continue to be first line medications for the treatment of AD/HD in adults…"

release preparation of MPH with an osmotic delivery system that cannot be crushed and used other than as prescribed orally).

**Q.** What are the possible side effects of stimulant use in adults with AD/HD?
**A.** Side effects of stimulant use in adults are generally not severe. For MPH, one controlled study showed side effects such as insomnia, headaches, anxiety, loss

of appetite, weight loss (but less weight loss than is seen in children), and some cardiovascular effects.[12] The cardiovascular effects in those with normal blood pressure include increases in blood pressure (systolic and diastolic increases of about 4 mm Hg) and increases in heart rate (less than 10 beats per minute).[6,7] No long-term controlled studies of cardiovascular effects have yet been published. Likewise, there are no studies on the effects of stimulants in people with borderline hypertension (high blood pressure) or with hypertension that is controlled by medication. Regular monitoring of blood pressure is generally recommended in adults with or without AD/HD.

## METHYLPHENIDATE (MPH)

In a controlled MPH study of adults with AD/HD, 78 percent experienced a therapeutic response with an average dose of 0.92mg/kg/day split into three daily doses. The most common side effects were loss of appetite, insomnia and anxiety.[12,26] Preliminary results of a recent unpublished long-term (six-month), controlled study demonstrated MPH's efficacy in almost 75 percent of adults with AD/HD.[18,19]

## IMMEDIATE RELEASE MPH

The immediate release preparations of MPH are a mixture of the mirror-image molecules (d and l isomers) in a 1 to 1 ratio. They are available as Ritalin, Metadate, Methylin, and generic MPH. The formulations are short-acting and last up to three or four hours. The d isomer, which is the active MPH isomer, has been isolated and released as Focalin. It lasts about as long as or possibly slightly longer than the others.[27,28]

## EXTENDED OR SUSTAINED RELEASE MPH

Older first generation sustained release preparations, which contain a wax matrix, do not have an immediate release portion and the release of the sustained portion is somewhat irregular. These medications include Ritalin SR, Metadate ER and Methylin ER.[9,22]

The new second generation extended release MPH preparations include Concerta, Metadate CD and Ritalin LA. So far, there are no controlled efficacy studies of these three products in adults, and none is yet approved by the FDA for the treatment of AD/HD in adults.[29-31]

core symptoms of AD/HD. None of the antidepressants has been approved by the FDA for the treatment of AD/HD in children, adolescents or adults; such treatment is considered off-label.[47]

### Tricyclic Antidepressants (TCAs)

Desipramine (Norpramine) and nortriptyline both inhibit norepinephrine reuptake significantly. Both moderately reduce the core symptoms of AD/HD in adults. The TCAs show negligible risk of abuse, have once daily dosing with 24 hour coverage, and are efficacious in those with co-existing anxiety and depression. However, it takes several weeks before a positive clinical effect, which is generally less robust than that of the stimulants, is seen. They are associated with potentially serious side effects including cardiac problems and possible death by overdose.[6-8,48]

### Mono-amine Oxidase Inhibitors (MAOI)

MAOIs help AD/HD by blocking the metabolism (breakdown) of norepinephrine and dopamine. There are no controlled studies on the treatment of AD/HD in adults with MAOIs. The use of MAOIs requires strict adherence to a special diet to prevent a hypertensive crisis (massive, acute rise in blood pressure). The MAOIs, therefore, may have only limited usefulness in treating adults with treatment-resistant, non-impulsive AD/HD symptoms with co-existing depression and anxiety.[6-8]

### Bupropion (Wellbutrin)



Bupropion is an atypical antidepressant that increases dopamine and norepinephrine levels. It has a "moderate" response in adults with AD/HD, but the effect is not considered as large as the effect of stimulants and may take several weeks to develop. When co-existing bipolar disorder is present, bupropion may result in less mood instability than TCAs. Presently, it must be dosed twice daily, but there is a once daily dose set to appear soon. It may be associated with a higher than average rate of drug-induced seizures if given in excessively high doses or to those with a history of seizures or bulimia.[6-8,49-51]

### Venlafaxine (Effexor)

Venlafaxine blocks the reuptake of both norepinephrine and serotonin. Although there are no controlled studies of venlafaxine use in adults with AD/HD, several non-controlled studies show some encouraging results. It may have a role in treating AD/HD with co-existing depression and/or anxiety. Side effects of higher doses of venlafaxine may include increases in blood pressure, so blood pressure monitoring is recommended.[6-8,52-53]

## ANTIHYPERTENSIVE AGENTS

Clonidine (Catapres) and guanfacine (Tenex) are alpha-2 and alpha-2a noradrenergic agents, respectively, that may indirectly affect dopamine by first affecting norepinephrine. Although they have been used to help children who have AD/HD with hyperactive and aggressive symptoms, their use in adults has been generally minimal. A recent preliminary controlled study showed some efficacy of guanfacine in adults with AD/HD. However, sedation and hypotensive effects as well as potential hypertensive rebound are issues of concern.[6-8,54]

## WAKE-PROMOTING AGENT



Modafinil (Provigil) is approved by the FDA for the treatment of narcolepsy. Its main effect appears to be indirect activation of the frontal cortex rather than direct involvement in central dopamine and norepinephrine pathways. In a recent two week, controlled study of modafinil, 48% of adults responded favorably to the medication. Longer, controlled studies in adults are clearly needed. At this time, modafinil's utility may be limited to adults with AD/HD who do not respond to first line medications.[6-8,55]

## CHOOSING A MEDICATION

With or without a co-existing psychiatric disorder, the importance of matching the needs of the individual with the characteristics of the AD/HD medication cannot be overemphasized. To date, the stimulants have been considered first line medications for AD/HD. The process of choosing a medication should involve recognizing the negative side effects of a medication so that the risks and benefits can be adequately weighed in the decision. It is often useful to construct a daily timeline of the needs (both attentional and behavioral) of the adult.