IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEONARD K. BAYLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-11-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT STANLEY TAYLOR'S REPLY TO
PLAINTIFF'S ANSWER TO MOTION TO DISMISS**

COMES NOW Defendant Stanley Taylor ("State Defendant"), by and through the undersigned counsel, and hereby responds to Plaintiff's "Answer to Defendant's Motion to Dismiss." [D.I. 55].

1. On June 21, 2006, State Defendant filed his Answer to Plaintiff's Amended Complaint. [D.I. 48]. State Defendant did not file a Motion to Dismiss.

2. On June 26, 2006, Defendants Chris Malaney, Anthony Cannoli and Charles Benton ("Medical Defendants") filed a Motion to Dismiss with accompanying Memorandum. [D.I. 52, 53].

3. On July 12, 2006, Plaintiff responded to the Motion to Dismiss with a "Memorandum of Points and Authorities of Plaintiff's Stand [sic] against Stanley Taylor, et al and Chris Malaney et al – Their Motion to Dismiss." [D.I. 55]. Plaintiff's Memorandum includes argument as to the liability of State Defendant.

4.       Because State Defendant has no Motion to Dismiss pending in this case, State Defendant will offer no substantive response to Plaintiff's arguments. Any such response would be premature and potentially prejudicial to State Defendant.

5.       Therefore, State Defendant respectfully requests that this Court decline to make any ruling as to State Defendant in addressing the Medical Defendants' Motion to Dismiss.

|  |  |
|---|---|
|  | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE<br><br>/s/ Eileen Kelly<br>Eileen Kelly, I.D. #2884<br>Deputy Attorney General<br>Carvel State Office Building<br>820 North French Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 577-8400<br>eileen.kelly@state.de.us |
| Date: July 12, 2006 | Attorney for Defendant Stanley Taylor |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2006, I electronically filed *Defendant Stanley Taylor's Reply to Plaintiff's Answer to Motion to Dismiss* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Kevin J. Connors, Esquire and Lorenza Anna Wolhar, Esquire. I hereby certify that on July 12, 2006, I have mailed by United States Postal Service, the document to the following non-registered party: Leonard Baylis.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us