OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170


NOTICE REGARDING PERSONAL INFORMATION


DATE: 7/12/06

TO: Leonard Baylis, Pro Se

CA# 06-11-SLR

CASE CAPTION: Baylis v. Taylor, et al.

DOCUMENT TITLE: Exhibits to Plaintiff's Answer to Defendants' Motion to Dismiss

D.I.# 55

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The document identified above appears to contain the kind of personal information you may want to protect from public access on the internet. If you would like this personal information to be treated as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.


cc: Assigned Judge

_____
Deputy Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

NOTICE REGARDING PERSONAL INFORMATION

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. The Court, in its <u>Administrative Procedures Governing Filing and Service by Electronic Means</u>, has recognized that certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; (4) only the last four digits of any financial account should be included; and (5) in criminal cases, only the city and state of a personal address need be given. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

**It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system.** If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Peter T. Dalleo, Clerk of Court

**Briefs, Responses and Replies**
1:06-cv-00011-SLR Baylis v. Taylor et al

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from fmt, entered on 7/12/2006 at 7:50 AM EDT and filed on 7/10/2006
**Case Name:** Baylis v. Taylor et al
**Case Number:** 1:06-cv-11
**Filer:** Leonard K. Baylis
**Document Number:** 55

**Docket Text:**
ANSWERING BRIEF in Opposition re [52] MOTION to Dismiss for Failure to State a Claim filed by Leonard K. Baylis.Reply Brief due date per Local Rules is 7/17/2006. (Attachments: # (1) Memorandum of Points and Authorities# (2) Exhibits)(fmt, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/12/2006] [FileNumber=242572-0]
[c58b33aee7b5d4944b96cb929cf2d2d043c359d000d8f4e0ec359faf489b1f3d7100
982413787197c8bf33cb730c2f7685fb75f09fcee466c74d9066df595b72]]
**Document description:** Memorandum of Points and Authorities
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/12/2006] [FileNumber=242572-1]
[cf671efcdcd9a6352f368585d2b897d95b762bf4e0d772e23e6754589acd937f559c
92bf5b6b51e7494bc1437003491f005d1f2d02d133bb47e62fab508fd4d5]]
**Document description:** Exhibits
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/12/2006] [FileNumber=242572-2]
[449a825a99e5a9d92f9d63449429663a856aed31b9d67b3ac86f22cc24a1c2f567c1
9d067b0092ff60190728baea04e9edd8551844054d1f095359564476da4a]]

**1:06-cv-11 Notice will be electronically mailed to:**

Kevin J. Connors    kjconnors@mdwcg.com, lawolhar@mdwcg.com; dtwalsh@mdwcg.com

Eileen Kelly    eileen.kelly@state.de.us

Lorenza Anna Wolhar    lawolhar@mdwcg.com

**1:06-cv-11 Notice will be delivered by other means to:**

Leonard K. Baylis
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977