In The United States District Court
District of Delaware

Leonard Baylis

v.

Stanley Taylor et al
Chris Malaney et al

Case # 06-11-SLR

Plaintiff's Response to Defendants
Re Argument To Dismiss

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 24  PM 2: 47
BDscanned

In the above matter Plaintiffs Final Argument Against dismissal is as follows:

A complaint should not be dismissed for failure to state a claim unless it appears beyond doubt that Plaintiff can prove no set of facts in support of his claim which would entitle him relief.

Dated 19 July 06

II

Plaintiff asserts that, despite his inadequacy regarding civil law, he has, in fact, shown enough evidence and exhibits, that it would serve Justice to bring this complaint before a Jury for them to weigh, consider, decide which side is true.

And, if more evidence is needed — be it testimony or physical evidence, such as Records or other papers, Plaintiff should be allowed the right of discovery — And if Plaintiff, Acting pro se has failed in a technical matter, lattitude should be given or an Attorney be provided to assist in "Maturing" this case and preparing it for a Jury of Plaintiff's peers.

*[signature]*

## Certificate of Service

I, _Leonard R Baylis_, hereby certify that I have served a true and correct cop(ies) of the attached: _Plaintiffs Final Response to Defendants Reargument For Dismissal_ upon the following parties/person (s):

TO: _Kevin Connors_
_Lorenza Wolhar, Esquires_
_1220 N. Market St._
_Wilmington De. 19899-0130_

TO: _____

TO: _Eileen Kelley D.A.G._
_820 N French St._
_Wilmington, De. 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _19_ day of _July_, 2006

_Leonard Baylis_



IM Alonzo Baylis
SBI# 260231 UNIT 23-D-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of The Court
U.S. District Court - Delaware
844 N. King St., Lock box 18
Wilmington, Delaware
19801-3570