A REGIONAL DEFENSE LITIGATION LAW FIRM

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
A PROFESSIONAL CORPORATION    www.marshalldennehey.com

**PENNSYLVANIA**
Bethlehem
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton
Williamsport

**NEW JERSEY**
Cherry Hill
Roseland

**DELAWARE**
Wilmington

**OHIO**
Akron

**FLORIDA**
Ft. Lauderdale
Jacksonville
Orlando
Tampa

1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888
(302) 552-4300 · Fax (302) 651-7905

**Direct Dial:** 302-552-4318
**Email:** lawolhar@mdwcg.com



August 2, 2006

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Lock Box 31
Wilmington, DE 19801

    Re:    Leonard Baylis v. Dr. Cannuli, et al.
           Civ. No: 06-11-SLR
           Our File No: 13252-00160

Dear Judge Robinson:

    The undersigned represents Defendants, Dr. Cannuli, Charles Benton and Christine Malaney in the above-referenced matter. Plaintiff-inmate, Leonard Baylis, has sent me a letter now claiming prostate problems and other issues. I have attached the letter with its enclosures. These issues are unrelated to the present litigation, and, through copy of this letter to Mr. Baylis, request that the he discontinue this type of correspondence in the future.

                            Very truly yours,

                            /s/ *LORENZA A. WOLHAR*
                            LORENZA A. WOLHAR (DE I.D. #3971)

/law
Enclosures
cc:    Eileen Kelly, Esquire
       Leonard Baylis

RECEIVED
JUL 18 2006

Leonard Bailey
Delaware Correctional Cntr.
Smyrna Delaware 19977

13 July 06

Re 011-SLR

Dear Attorney

I am forwarding the enclosed to possibly save time and trouble re the medical issue set forth in the following.

Any serious inquiry will establish that what medical records say here are one thing — reality is another.

To prove my point check for any actual prostrate test or other test and or any medication prescribed for swollen prostrate or possible prostrate cancer. *(see enclosed)

Note that if it was requested to test for, possibly detect, and treat prostrate trouble and this request was denied — neglected to where complications occur in the future. This will involve serious liability.

Respectfully, Leonard Bailey

XC. Dept of Justice
A.C.L.U. Delaware                Chris Malaney C.M.S.
Kevin Connors, Attorney          Stanley Taylor D.O.C.
Lorenza A Wolhar, Attorney       CMS. St. Louis Missouri

Chris Malaney
Correctional Medical Systems
Supervisor, D.C.C.

Howard Bayes #00231
B/d. 23 D-L-3

13 July 06

Dear Chris Malaney:

I wish I did not have to bring to your attention the matter below but normal procedure is not working.

ON 14 MAY 06 I submitted sick call slip about difficulty urinating and other (defecating) — NO ANSWER

ON 28 MAY 06 I submitted second sick call slip regarding same issue — NO ANSWER

ON 19 June 06 I filed grievance regarding medical not answering above.

ON 27 June 06 I received copy of grievance report — STILL UNSOLVED and that investigation would be handled by Deborah Rodweller. To date, no answer

NOW two months after complaint regarding above, the problem has gotten worse — I can feel that my prostate is swollen and all

that has been accomplished is the pushing of paper.

I do know that Deborah Rodweller has an issue against me; and, it seems that issue is taken against me by Medical Dept. because of a case I have initiated in Federal Court.

This medical issue I have regarding prostrate/difficulty using bathroom is an emergency.

I will give reasonable amount of time from this date for a response to my medical complaint. If not resolved I will file supplement to existing active case — all of which costs plaintiff and defendants time, energy and money, when doing the right thing can be much easier.

Sincerely Leon Baylis

Leonard Baylis 100231
De. Correctional Cntr.
Smyrna De. 19977

XC. Marshall Dennehey
Warner: Atty for CMS;
Dept of Justice;
Stanley Taylor; D.O.C;
A.C.L.U. Delaware
CMS St. Louise mis.
P.S. Check Records for prostrate exam or other exam for this complaint, there are none