IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civ. No: 06-11-SLR |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## LIMITED ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

PLEASE ENTER THE APPEARANCE of Lorenza A. Wolhar, Esquire, along with Kevin J. Connors, of Marshall, Dennehey, Warner, Coleman & Goggin, on behalf of the Defendant, Georgiana Meekens (more properly known as Georgianna Mickens). This Limited Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the Defendant, Georgiana Meekens (more properly known as Georgianna Mickens). Defendant, Georgiana Meekens (more properly known as Georgianna Mickens), specifically reserves all rights to raise jurisdictional, service, or statute of limitations defects, which may be available.

                              MARSHALL, DENNEHEY, WARNER,
                                COLEMAN AND GOGGIN

BY: /s/ Lorenza A. Wolhar
KEVIN J. CONNORS, ESQUIRE, (DE ID # 2135)
LORENZA A. WOLHAR, ESQUIRE (DE ID # 3971)
1220 N. Market Street, 5th Floor
P.O. Box 130
Wilmington, DE 19899-0130
(302) 552-4302
Attorneys for Defendants, Anthony Cannuli, M.D. and Charles Benton and Georgianna Mickens

DATED: August 7, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | Civ. No: 06-11-SLR |
| v. | : | |
| | : | JURY OF 12 DEMANDED |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2006, I electronically filed the Limited Entry of Appearance with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Eileen Kelly, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801

I hereby certify that on August 7, 2006, I have mailed by United States Postal Service, the Limited Entry of Appearance to the following non-registered participant:

Leonard K. Baylis
SBI00100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                     MARSHALL, DENNEHEY, WARNER,
                          COLEMAN AND GOGGIN

BY:  /s/ Lorenza A. Wolhar
       KEVIN J. CONNORS, ESQUIRE, DE (ID # 2135)
       LORENZA A. WOLHAR, DE (ID # 3971)
       1220 N. Market Street, 5th Floor
       P.O. Box 130
       Wilmington, DE  19899-0130
       (302) 552-4302
       Attorneys for Defendants, Anthony Cannuli, M.D. and
       Charles Benton and Georgianna Mickens