**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LEONARD K. BAYLIS** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **Civ. No: 06-11-SLR** |
| **v.** | : | |
| | : | **JURY OF 12 DEMANDED** |
| **STANLEY TAYLOR, et al** | : | |
| | : | |
| **Defendant(s)** | : | |

## ORDER

And now this, _____ day of _____, 2006, upon consideration of the Motion of

Defendant, Georgiana Meekens (more properly known as Georgianna Mickens) to Dismiss

Plaintiff's Complaint, and Plaintiff's Response thereto, it is hereby Ordered that the Motion is

Granted and judgment is entered in favor of the defendant, Georgiana Meekens (more properly

known as Georgianna Mickens) and against plaintiff.


So Ordered

_____
Judge