Exhibit A-1   V   Exhibit A-1
              Ammend Complaint

to an individuals unusual or frustrated behavior, rather than reacting in a professional manner and considering possibilities for treating this behavior before it reaches serious levels. This being so has caused 8th Ammendment violations to me, causing me harm, with treatment being reactive, hasty and superficial, rather than accurate.

Also Movant has been requesting dental work since March 05. On 29 November 05, while dentist was preparing to do dental work on Movant, Dental Nurse/Supervisor (Jane Doe) refused to let work go forward, saying, "you might have to wait another year for dental work." I have no teeth (lost them while in Fugue) and cannot chew correctly — this is causing stomach problems. For this I claim 8th Ammendment violations against all the persons above, for all the reasons above and also against Nurse/Supervisor (Jane Doe) now properly named Georgianna Mickens

Movant prays the Court to allow him to present evidence of his history of ADD (from youth) Depression and Fugue — how

36

Exhibit A-2                 IX                 Exhibit A-2
                    Amended Complaint

danger... I ask that it be ordered to have an outside psychiatrist — an unbiased entity — evaluate me

I ask for actual dental treatment — dentures.

I request the cost of filing this complaint and other related fees be paid by defendants.

I ask it to be considered that an attorney be ordered to represent me to help me communicate these issues in correct legal terms and to help obtain records and other materials that may be critical to this case.

Respectfully Submitted   12 March 06

Leonard Baylis
Leonard Baylis 100231
Delaware Correctional Center
Smyrna, Delaware 19977

40