2/26/05

Exhibit A    Page 8 Exhibit C-1

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I.    (GANDER HILL)

This request is for (circle one): MEDICAL / **DENTAL** / MENTAL HEALTH

Name (Print): Leonard Baylis

Housing Location: 1-D-5

Date of Birth: 9-5-50

SBI Number: 100231

Date Submitted: 16 September 05

Complaint (What type of problem are you having): Recently visited Dentist and was told to come back when sentenced. I am now sentenced (9-15-05) I need denture work I have trouble chewing/eating — it is hard on my stomach

Inmate Signature: Leonard Baylis

Date: 16 September 05

The below area is for medical use only. Please do not write any further

S: You have been scheduled for sick call.

O: Temp: _____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A: no answer

P:

E:

Provider Signature and Title    Date    Time

3/1/99 DE01
Form# MED 263

~~Exhibit B-3~~   FORM #584   Exhibit C-2

## GRIEVANCE FORM

FACILITY: De Correctional Cntr.   DATE: 28 Feb 06

GRIEVANT'S NAME: Leonard Baylis   SBI#: 100251

CASE#: 24237   TIME OF INCIDENT: Ongoing

HOUSING UNIT: V

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Concerning Dental work not Accomplished After Requests And grievances Dated 29 Nov 05 And 27 Dec 05 Returned unsolved And 27 Dec 05 Grievance Resubmitted. No Actual work has been Accomplished. I have difficulty eating And this leads to Stomach problems

ACTION REQUESTED BY GRIEVANT: To Receive Actual Dental Work

GRIEVANT'S SIGNATURE: Leonard Baylis   DATE: 28 Feb 06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAR 0 1 2006
Inmate Grievance Office

Exhibit A pg 22

FORM #585
**MEDICAL GRIEVANCE**

exhibit C-2
+ Medical

FACILITY: D.C.C.
INMATE'S NAME: Leonard Baylis
HOUSING UNIT: V

DATE SUBMITTED: 28 Feb 06
SBI#: 500231
CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing

TYPE OF MEDICAL PROBLEM:

Concerning Dental Work Not Accomplished, After Requests And grievances Dated 29 Nov 05 And 27 Dec. Returned unsolved And 27 Dec Grievance Resubmitted. No Actual Work has been Accomplished. I have difficulty eating And this leads to Stomach problems.

GRIEVANT'S SIGNATURE: Leonard Baylis
DATE: 28 Feb 06

ACTION REQUESTED BY GRIEVANT: To Receive Actual Dental Work.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.



DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/11/2006

Exhibit C-3

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 22328 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 13:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: After repeated attempts to see Dentist (I have trouble eating because of missing teeth) and after signing off on a grievance on 15 Nov(at gander hill) and after I was promised dental treatment, I was today refused treatment because of wrong information in Dental records.

**Remedy Requested** : To receive proper Dental Treatment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 01/11/2006 |
| Investigation Sent : 01/11/2006 | Investigation Sent To : Malaney, Christine |
| Grievance Amount : | |

Page 1 of 2