DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 08/03/2006

*Exhibits D-1*

## GRIEVANCE INFORMATION - Appeal

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : BAYLIS, LEONARD K | **SBI#** : 00100231 | **Institution** : DCC |
| **Grievance #** : 22328 | **Grievance Date** : 11/29/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/29/2005 | **Incident Time** : 13:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 23, Lower, Tier D, Cell 3, Bottom | |

### APPEAL REQUEST

Appeal arrived Thursday 3 August 2006: It has been well over a year since I have been scheduled to have dental work - However no actual dental work has been accomplished.
I appeal to the grievance board for an investigation vis a vis actual dental work vs. words on paper. This to the extent that I actually receive dental work.
I am experiencing stomach problems because of difficulty chewing food and digesting food.

### REMEDY REQUEST

Exhibits D-2

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name  Baylis Leonard          SBI #  200931

(Last, First MI)

Urine given - 8-15-06
Digestion

Facility  KCC                        Date  8-16-06

| ✓ | Chargeable Visit | $4.00 |
| _ | Non Chargeable Visit | -0- |
| _ | Medication Handling Fee ($2.00 X 2 ) | $4.00 |

**Total Amount Charged To Inmate Account**     $ 8.00

Health Care Staff Signature: _____KC_____

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____   Date: __8-16-06__

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office       Posted/Entered by_____   Date_____
Copy:   Inmate Medical Record (yellow)
        Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

Exhibits D-3

## Delaware Department of Correction
## Health Care Services Fee Sheet

===============================================================================

Inmate Name __Baylis Leonard__   SBI # __100021__
       (Last, First MI)

Difficulty w Digestion Defecation (urine)

Facility __DCC__   Date __6/5/06__

    ___ Chargeable Visit                           $4.00
     ✓ Non Chargeable Visit                           -0-
    ___ Medication Handling Fee ($2.00 X ___ )     $_____

**Total Amount Charged To Inmate Account**      $ 0

**Health Care Staff Signature:** __KC__

===============================================================================

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

**Inmate Signature:** _____   Date: __6-8-06__

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

===============================================================================

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office     Posted/Entered by_____ Date_____
Copy:     Inmate Medical Record (yellow)
           Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)

*Exhibits D-4*

## Delaware Department of Correction
## Health Care Services Fee Sheet

Inmate Name **Baylis, Leonard**        SBI # **100231**
(Last, First MI)                       **Difficulty Digesting**

Facility **DCC**        Date **7/31/06**

___ Chargeable Visit                               $4.00
___ Non Chargeable Visit                           -0-
___ Medication Handling Fee ($2.00 X ___ )         $____

**Total Amount Charged To Inmate Account**        $ **0**

Health Care Staff Signature: **KC**

I CERTIFY BY MY SIGNATURE THAT I HAVE RECEIVED THE SERVICES DESCRIBED ABOVE.

Inmate Signature: _____   Date: **7/31/06**

1) *Witness Signature: _____   Date: _____

2) *Witness Signature: _____   Date: _____

The fee for services rendered will be deducted from your inmate account even if the amount deducted generates a negative balance. Any funds received by you will first be applied to any negative balance. Any negative balance remaining on your account when you are released will remain active for three (3) years after the date of release. Should you return to Delaware Department of Correction as an inmate within that three (3) year period, the negative balance will be applied to your inmate account on your new commitment.

Distribution:
Original: Facility Business Office     Posted/Entered by_____ Date_____
Copy:    Inmate Medical Record (yellow)
         Inmate (pink)

*Only needed if inmate refuses or is unable to sign.
**FORM #: 621**

3 part NCR

(C:Copay.96:Form.4)