FORM #584

## GRIEVANCE FORM

Exhibit A

FACILITY: De Correctional Cntr.   DATE: 28 Feb 06

GRIEVANT'S NAME: Leonard Baylis   SBI#: 100251

CASE#: 24239   TIME OF INCIDENT: Ongoing

HOUSING UNIT: V

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Concerning Dental work Not Accomplished After Requests And grievances Dated 29 Nov 05 And 27 Dec 05 Returned unsolved And 27 Dec 05 Grievance Resubmitted. No Actual work has been Accomplished. I have difficulty eating And this leads to Stomach problems

ACTION REQUESTED BY GRIEVANT: To Receive Actual Dental Work

GRIEVANT'S SIGNATURE: Leonard Baylis   DATE: 28 Feb 06

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
MAR 0 1 2006
Inmate Grievance Office

Exhibit A pg 2    Exhibit B    Exhibit C-2

FORM #585

**MEDICAL GRIEVANCE**

Medical

FACILITY: D.C.C.

INMATE'S NAME: Leonard Baylis

HOUSING UNIT: V

DATE SUBMITTED: 28 Feb 06

SBI#: 500231

CASE #:

## SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Ongoing

TYPE OF MEDICAL PROBLEM:

Concerning Dental Work Not Accomplished, After Requests and grievances Dated 29 Nov 05 And 27 Dec. Returned unsolved and 27 Dec Grievance Resubmitted. No Actual Work has been Accomplished. I have difficulty eating and this leads to Stomach problems.

GRIEVANT'S SIGNATURE: Leonard Baylis   DATE: 28 Feb 06

ACTION REQUESTED BY GRIEVANT: To Receive Actual Dental Work.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.