


DCC: Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/11/2006

Exhibit C-3

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : BAYLIS, LEONARD K | SBI# : 00100231 | Institution : DCC |
| Grievance # : 22328 | Grievance Date : 11/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 11/29/2005 | Incident Time : 13:00 |
| IGC : Merson, Lise M | Housing Location : Bldg V, Tier D, Cell 1, Single | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate claims: After repeated attempts to see Dentist (I have trouble eating because of missing teeth) and after signing off on a grievance on 15 Nov (at gander hill) and after I was promised dental treatment, I was today refused treatment because of wrong information in Dental records.

Remedy Requested : To receive proper Dental Treatment.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

Medical Grievance : YES          Date Received by Medical Unit : 01/11/2006

Investigation Sent : 01/11/2006   Investigation Sent To : Malaney, Christine

Grievance Amount :