# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I. (GANDER HILL)

This request is for (circle one): MEDICAL / **DENTAL** / MENTAL HEALTH

Name (Print): Leonard Baylis
Housing Location: 1-D-5
Date of Birth: 9-5-50
SBI Number: 100231
Date Submitted: 16 September 05

Complaint (What type of problem are you having): Recently visited Dentist and was told to come back when sentenced. I am now sentenced (9-15-05). I need denture work. I have trouble chewing/eating — it is hard on my stomach.

Inmate Signature: Leonard Baylis
Date: 16 September 05

The below area is for medical use only. Please do not write any further

S: You have been scheduled for sick call

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ WT: ___

A:

P:

E:

Provider Signature and Title    Date    Time

3/1/99 DE01
Form# MED 263