IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEONARD K. BAYLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-011-SLR |
| | ) |
| STAN TAYLOR, CHRIS MALANEY, | ) |
| DR. ANTHONY CANNOLI, CHARLES | ) |
| BENTON, and GEORGIANA MEEKENS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 23d day of February, 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. The motion to dismiss of defendant Anthony Cannuli and Christine Malaney is **granted**, and the motion to dismiss of Charles Benton is **denied**. (D.I. 52)

2. Defendant Georgianna Mickens' motion to dismiss (D.I. 65) is **denied**.

3. Defendant Charles Benton and Georgiana Mickens shall file their answer to the amended complaint no later than **March 23, 2007**.

4. **Discovery**. All discovery in this case shall be initiated so that it will be completed on or before **June 23, 2007**.

5.   **Application by Motion.**   Any application to the Court shall be by written motion filed with the Clerk.  Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

6.   **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **July 23, 2007.** Answering briefs and affidavits, if any, shall be filed on or before **August 23, 2007.**  Reply briefs shall be filed on or before **September 6, 2007.**

_____
UNITED STATES DISTRICT JUDGE