IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEONARD K. BAYLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-11-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW Defendants Charles Benton and Georgiana Meekens and State Defendant Stanley Taylor (collectively, "Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Leonard Baylis ("Plaintiff"), an incarcerated individual:

1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

2. Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3. The discovery deadline in this matter is June 23, 2007.

4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Leonard Baylis.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Stanley Taylor

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

/s/ Lorenza Anna Wolhar
Kevin J. Connors, I.D. No. 2135
Lorenza Anna Wolhar, I.D. No. 3971
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4300
kconnors@mdwcg.com
lwolhar@mdwcg.com
Attorneys for Charles Benton and
Georgiana Meekens

Dated:  May 3, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LEONARD K. BAYLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-11-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**<u>7.1.1 CERTIFICATE OF COUNSEL</u>**

Undersigned counsel hereby certify, pursuant to Local Rule 7.1.1, that:

1. Plaintiff Leonard Baylis is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Joint Motion for Leave to Depose Plaintiff.

2. Therefore, undersigned counsel assume that the Motion is opposed.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Stanley Taylor

**MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN**

/s/ Lorenza Anna Wolhar
Kevin J. Connors, I.D. No. 2135
Lorenza Anna Wolhar, I.D. No. 3971
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4300
kconnors@mdwcg.com
lwolhar@mdwcg.com
Attorneys for Charles Benton and
Georgiana Meekens

Dated:  May 3, 2007

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LEONARD K. BAYLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 06-11-SLR |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This _____ day of _____, _____,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Leonard Baylis pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Joint Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Leonard Baylis.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2007, I electronically filed *Defendants' Joint Motion For Leave to Depose Plaintiff Leonard Baylis* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Lorenza Anna Wolhar, Esquire.  I hereby certify that on May 3, 2007, I have mailed by United States Postal Service, the document to the following non-registered party:  Leonard Baylis.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Stanley Taylor