# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LEONARD K. BAYLIS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>STANLEY TAYLOR, et al., )<br>)<br>Defendants. ) | C. A. No. 06-11-SLR |

## NOTICE OF DEPOSITION

TO:  Leonard K. Baylis
SBI # 100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

Lorenza Anna Wolhar, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE  19899

**PLEASE TAKE NOTICE** that the oral deposition of Leonard K. Baylis will be taken by counsel for Defendants on Wednesday, June 6, 2007 beginning at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Eileen Kelly
                                              Eileen Kelly, I.D. No. 2884
                                              Deputy Attorney General
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE  19801
                                              (302) 577-8400
DATED: May 17, 2007                    eileen.kelly@state.de.us
                                              Attorney for Stanley Taylor

**CERTIFICATE OF SERVICE**

 I hereby certify that on May 17, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF, which will send notification to Kevin J. Connors, Esquire and Lorenza Anna Wolhar, Esquire. I hereby certify that on May 17, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Leonard Baylis.

 /s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Stanley Taylor