IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LEONARD K. BAYLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-11-SLR |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by, between and among Plaintiff Leonard K. Baylis ("Plaintiff") and Defendants Charles Benton, Georgiana Meekins and Stanley Taylor ("Defendants"), Plaintiff's action against Defendants is dismissed with prejudice and any and all crossclaims are dismissed with prejudice.

_____
Leonard K. Baylis, *Pro Se*
SBI No. 100231
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

_____
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Stanley Taylor

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

*/s/ Kevin J. Connors*
_____
Kevin J. Connors, I.D. No. 2135
Lorenza Anna Wolhar, I.D. No. 3971
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899
(302) 552-4300
kconnors@mdwcg.com
lwolhar@mdwcg.com
Attorneys for Charles Benton and
Georgiana Meekens

IT IS SO ORDERED this ___ day of _____, 2007.

_____
The Honorable Sue L. Robinson